1               IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF PUERTO RICO

3                             -oOo-

4    THE UNITED STATES OF AMERICA,    )
                                      )
5            Plaintiff,               )   Case No. 3:21-CR-00161-PAD
                                      )
6    -vs-                             )
                                      )
7    FELIX VERDEJO-SANCHEZ,           )
                                      )
8            Defendant.               )
     _____)
9
         TRANSCRIPT OF JURY TRIAL - DAY EIGHT - A.M. SESSION
10      HELD BEFORE THE HONORABLE PEDRO A. DELGADO-HERNANDEZ
            UNITED STATES COURTHOUSE, HATO REY, PUERTO RICO
11                    THURSDAY, JUNE 29, 2023
     _____
12                     A P P E A R A N C E S
13
     FOR THE UNITED STATES OF AMERICA:
14
     AUSA Jonathan L. Gottfried &
15   AUSA Jeanette M. Collazo-Ortiz

16   FOR THE DEFENDANT:

17   Jason Gonzalez-Delgado, Esq. &
     Gabriela Jose Cintron-Colon, Esq.
18
     COURT INTERPRETERS:
19
     Carlos Ravelo &
20   Lynmar Vera

21   GOVERNMENT INTERPRETER:

22   Jose Luis Rosado

23

24

25

```
 1                          I N D E X

 2   WITNESSES CALLED ON BEHALF OF THE PLAINTIFF:          PAGE:

 3   HECTOR GONZALEZ-ACEVEDO

 4   Direct Examination by Ms. Collazo-Ortiz:                6

 5   Cross-Examination by Mr. Gonzalez-Delgado:             13

 6   Redirect Examination by Ms. Collazo-Ortiz:             17

 7   Recross-Examination by Gonzalez-Delgado:               19

 8   WHITNEY BLANKENSHIP

 9   Direct Examination by Ms. Collazo-Ortiz:               20

10   Cross-Examination by Mr. Gonzalez-Delgado:             29

11   JUNIOR ZABALA-TORRES

12   Direct Examination by Ms. Collazo-Ortiz:               34

13   Cross-Examination by Mr. Gonzalez-Delgado:

14   EXHIBITS:                                             PAGE:

15   Government Exhibit No. 115                             10
     Government Exhibit No. 116                             10
16   Government Exhibit No. 117                             10

17

18

19

20

21

22

23

24

25
```

1          (Proceedings commenced at 9:08 a.m.)

2                              -oOo-

3          (Whereupon the following proceedings were had in open court

4          without the presence of the jury.)

5                    THE COURT:  How many cases do we have this morning?

6                    THE COURTROOM DEPUTY CLERK:  We have only one case

7          today, Your Honor.

8                    THE COURT:  Call the case.

9                    THE COURTROOM DEPUTY CLERK:  Criminal Case Number

10         21-161, the United States of America against Felix

11         Verdejo-Sanchez, for eighth day of jury trial.  On behalf of

12         the government are Assistant U.S. Attorneys Jeanette Collazo

13         and Jonathan Gottfried.  On behalf of the defendant are

14         Attorneys Gabriela Cintron and Jason Gonzalez.

15                    The defendant is present in the courtroom, and he's

16         being assisted by a certified court interpreter.

17                    THE COURT:  The courtroom is open to the public.

18                    Would counsel identify themselves?

19                    MS. COLLAZO-ORTIZ:  Good morning, Your Honor.  AUSA

20         Jeanette Collazo.  We're ready to proceed.

21                    THE COURT:  Good morning, ma'am.

22                    MR. GOTTFRIED:  Good morning, Your Honor.  AUSA

23         Jonathan Gottfried.  We're ready to proceed, and our next

24         witness is on the stand.

25                    THE COURT:  Good morning, sir.

```
 1                    MS. CINTRON-COLON:  Good morning, Your Honor.
 2       Gabriela Cintron-Colon on behalf of Felix Verdejo-Sanchez.
 3                    THE COURT:  Good morning, ma'am.
 4                    MR. GONZALEZ-DELGADO:  Good morning, Your Honor.
 5       Jason Gonzalez on behalf of Mr. Felix Verdejo.
 6                    THE COURT:  Good morning, sir.
 7                    Would the interpreters introduce themselves?
 8                    THE INTERPRETER:  Good morning, Your Honor.  Jose
 9       Rosado-Santiago, interpreter for the government.
10                    THE COURT:  Good morning, sir.
11                    THE INTERPRETER:  Good morning, Your Honor.  Lynmar
12       Vera, interpreter for the defense.
13                    THE COURT:  Good morning, ma'am.
14                    THE INTERPRETER:  Good morning, Your Honor.  This is
15       Staff Interpreter Carlos Ravelo at the services of your court.
16                    THE COURT:  Good morning, sir.
17                    All set to call the jury?
18                    MR. GONZALEZ-DELGADO:  Just, may we just approach
19       very briefly, Your Honor --
20                    THE COURT:  Yes.
21                    MR. GONZALEZ-DELGADO:  -- just to inform the Court?
22            (Sidebar conference commenced.)
23                    MR. GONZALEZ-DELGADO:  Good morning, Judge.
24                    Judge, it's just that yesterday we proffered that we
25       would have the certified translation of the amended
```

1     pathologist's report.  We just received it via email.  So in a

2     break in a little while, I'll try to print it out at the

3     attorneys' lounge, and I'll submit it to the Court.

4               THE COURT:  Sure.  No problem.

5               As you may have noticed yesterday at sidebar, I

6     indicated that the next witness, the last witness of the day,

7     would be presented today.  When I reached the bench, I changed

8     my mind.  That's why I said:  Call your witness, or words to

9     that effect.

10              MR. GOTTFRIED:  Yes, Your Honor.

11              THE COURT:  I thought it was the best thing to do,

12    considering the fact that we will not be working, at least in

13    the courtroom, on Monday and Tuesday.  All right?

14              MR. GOTTFRIED:  Yes, Your Honor.

15              MS. CINTRON-COLON:  Yes, sir.

16              THE COURT:  That's why I decided to --

17              MR. GONZALEZ-DELGADO:  If it happens today, Your

18    Honor, we have nothing else to do except this case, so there is

19    no problem in going a little further.

20              MS. CINTRON-COLON:  As has been for the last two

21    months.  Thank you, Your Honor.

22              THE COURT:  Very well.

23         (Sidebar conference concluded.)

24              THE COURT:  Let's call the jury in.

25              (Whereupon the following proceedings were had in open court

1          in the presence of the jury.)

2                    THE COURT:  Good morning.  Welcome back to the

3     courtroom.  Please take a seat.

4                    MS. COLLAZO-ORTIZ:  May it please the Court?

5                    THE COURT:  Go ahead.

6                    MS. COLLAZO-ORTIZ:  Good morning again, Your Honor.

7                    The government calls Hector Gonzalez-Acevedo to the

8     stand.  He's already at the witness stand.

9                    THE COURTROOM DEPUTY CLERK:  Mr. Gonzalez?

10         (Witness sworn.)

11                   THE COURTROOM DEPUTY CLERK:  So help you God.  You

12    may take a seat.

13                         HECTOR GONZALEZ-ACEVEDO,

14             called as a witness on behalf of the Plaintiff,

15                   having been previously duly sworn,

16                   was examined and testified as follows:

17                         DIRECT EXAMINATION

18    BY MS. COLLAZO-ORTIZ:

19    Q    Good morning.  Can you please tell the members of the jury

20    your full name?

21    A    My name is Hector Gonzalez-Acevedo.

22    Q    And what is your occupation?

23    A    Customer Service Manager at AutoExpreso.

24    Q    And what is AutoExpreso?

25    A    It's the program that manages the tolls in Puerto Rico.

1    Q    And what areas are covered by AutoExpreso?

2    A    Basically, all of the tolls of Puerto Rico.

3    Q    And how long have you been working with the AutoExpreso

4    program?

5    A    Since February 2006.

6    Q    And before your current position, what other positions

7    have you held with AutoExpreso?

8    A    I was the supervisor of the area of fines.

9    Q    And in April of 2021, what was your position?

10    A    Supervisor of the fines area.

11    Q    And what were your responsibilities as a supervisor of

12    fines?

13    A    I managed a group of those who identified images for

14    fines.  We worked on the appeals of the fines, and I issued the

15    subpoenas.

16    Q    You mean, you responded to government requests, correct?

17    A    Yes, that's correct.

18    Q    And let me ask you:  What system or program does the

19    AutoExpreso use for recording transactions?

20    A    Forte and VPS.

21    Q    And what are those systems used for?

22    A    Forte records the tollbooths that the clients go through.

23    And VPS works --

24            THE INTERPRETER:  Correction.

25            THE WITNESS:  And VPS records the tollbooths that are

```
 1   traveled through, but without a balance.
 2   BY MS. COLLAZO-ORTIZ:
 3   Q    And how is the data entered into those systems?
 4   A    It's automatic.
 5   Q    And what do -- where does the data come from?
 6         THE INTERPRETER:  I'm sorry, Counsel?
 7   BY MS. COLLAZO-ORTIZ:
 8   Q    Where does the data come from?
 9   A    Directly from the tollbooth plaza.
10   Q    And are there quality control processes to verify the
11   operation of the system?
12   A    Yes.
13   Q    Did you, as part of your employment, review the
14   transaction history for a Dodge Durango with plate IVG 226?
15   A    Yes.
16   Q    And were you able to identify any records for April 29th,
17   2021?
18   A    Yes.
19   Q    And what did that review yield?
20   A    We found that it had three transactions for that date.
21   Q    And where did those transactions take place?  What toll
22   plaza?
23   A    The Teodoro Moscoso toll plaza.
24   Q    And did you produce documentations about these
25   transactions?
```

1    A    Yes.

2                MS. COLLAZO-ORTIZ:  Your Honor, the government moves

3    to mark as ID Documents 115, 116 and 117.

4                May I approach the witness?

5                THE COURT:  Yes.

6    BY MS. COLLAZO-ORTIZ:

7    Q    Without going into the content of the documents I have

8    handed you, can you please check each of them, and let me know

9    if you recognize them?

10   A    Yes.

11   Q    How do you recognize them?

12   A    This is the system that we use that I had mentioned

13   before:  "VPC."

14   Q    And can you tell us what that stands for?

15   A    Violation processing system.

16   Q    And are those documents that I've given you, IDs 115, 116

17   and 117, fair and accurate copies of the records that

18   AutoExpreso keeps in the ordinary course of business?

19   A    Yes.

20               MS. COLLAZO-ORTIZ:  Your Honor, the government moves

21   to introduce into evidence IDs 115, 116 and 117 as Government

22   Exhibit 115, 116 and 117.

23               MS. CINTRON-COLON:  No objection, Your Honor.

24               THE COURT:  Without objection, so ordered.

25   Government Exhibit's of ID 115, 116, 117 admitted as Government

1    Exhibits 115, 116 and 117.

2         (Exhibit Nos. 115 through 117 admitted into evidence.)

3              MS. COLLAZO-ORTIZ:  May I approach the witness to

4    recover?

5              THE COURT:  Yes.

6              MS. COLLAZO-ORTIZ:  Permission to publish Exhibit

7    115.

8              THE COURT:  Granted.

9    BY MS. COLLAZO-ORTIZ:

10   Q    Mr. Gonzalez, can you please explain to the members of the

11   jury what we are seeing in Exhibit 115?

12   A    We there have the images that the system shot when the

13   vehicle was transiting.

14   Q    And what vehicle are they related to?

15   A    To a Dodge Durango, plate number IVG 226.

16   Q    And how do you know it's a Dodge Durango?

17   A    Once we identify the plates, it's sent to the DMV so that

18   they send to us the description of the vehicle and the owner.

19   Q    And from the image that the system captured, can you see

20   any markings about the manufacturer and the model?

21   A    Yes.

22   Q    What is that?

23   A    Durango.

24   Q    Okay.  And what date is the Exhibit 115 for?

25   A    April 29, 2021.

1    Q    And what time?

2    A    At 8:41 and 24 seconds in the morning.

3    Q    And what toll plaza is that for?

4    A    Tollbooth plaza 181.  That's Teodoro Moscoso.

5    Q    And what was the violation in that, in that, at that time?

6    A    The vehicle went through without a balance.

7    Q    How do you know that?

8    A    Because in the box that has the seal reading, it has the

9    seal reading.

10   Q    And where is that in the, in the exhibit?

11   A    It's the one that says "Authorized Tag."

12   Q    Okay.  So it had a tag, but it had no balance, correct?

13   A    Yes.

14              MS. COLLAZO-ORTIZ:  Okay.  Publishing now Exhibit

15   116.

16   BY MS. COLLAZO-ORTIZ:

17   Q    Can you please tell us exhibit -- what vehicle is related

18   to Exhibit 116?

19   A    A Dodge Durango, plate number IVG 226.

20   Q    And what date is that document from, or the violation

21   from?

22   A    April 29th, 2021.

23   Q    And what time?

24   A    At 9:06 and 35 seconds of the morning.

25   Q    And what toll plaza?

1    A     Toll plaza 181, Teodoro Moscoso.

2    Q     And, again, what was the violation in this, in this

3    instance?

4    A     The vehicle went through without a balance.

5                MS. COLLAZO-ORTIZ:   Publishing Exhibit 117.

6    BY MS. COLLAZO-ORTIZ:

7    Q     What vehicle is the violation of depicted in Exhibit 117

8    for?

9    A     A Dodge Durango, license plate IVG 226.

10   Q     And what date is that violation from?

11   A     April 29th, 2021.

12   Q     At what time?

13   A     At 9:31 and one second in the morning.

14   Q     And what toll plaza?

15   A     Toll plaza 181, Teodoro Moscoso.

16   Q     And what was the violation?

17   A     The vehicle went through without a balance.

18   Q     Mr. Gonzalez, in viewing the records for vehicle IVG 226,

19   how many other instances were you able to find where a vehicle

20   -- where this vehicle passed the same toll plaza three times in

21   less than an hour?

22                THE INTERPRETER:   In the same?

23   BY MS. COLLAZO-ORTIZ:

24   Q     In less than an hour.

25   A     None.

```
1    Q    And how far did you look?  How far back?

2    A    If memory serves me well, January of 2019.

3    Q    And how much was the Teodoro Moscoso toll back in April of

4    2021?

5    A    $3.65.

6    Q    Does the Teodoro Moscoso toll plaza take pictures of the

7    driver of the vehicle?

8    A    No.

9    Q    Do any of the toll plazas take pictures of the driver of

10   the vehicle?

11   A    No.

12              MS. COLLAZO-ORTIZ:  We have no further questions for

13   this witness, Your Honor.

14              THE COURT:  Okay.

15              MR. GONZALEZ-DELGADO:  May I have one second, Your

16   Honor?

17              THE COURT:  Yes.

18              MR. GONZALEZ-DELGADO:  May it please the Court?

19              THE COURT:  Go ahead.

20              MR. GONZALEZ-DELGADO:  Thank you, Your Honor.

21                        CROSS-EXAMINATION

22   BY MR. GONZALEZ-DELGADO:

23   Q    Good morning, Mr. Gonzalez.

24   A    Good morning.

25   Q    Mr. Gonzalez, the AutoExpreso program is a program that
```

14

 1    takes the -- or, or charges cars for passing all tollbooths in

 2    which that is included; is that correct?

 3              THE INTERPRETER:  All tollbooths?

 4    BY MR. GONZALEZ-DELGADO:

 5    Q    All tollbooths that cars pass through.

 6    A    Yes.

 7    Q    Okay.  And in this particular case, you were stationed at

 8    Teodoro Moscoso plaza?

 9    A    I'm at the central offices.

10    Q    What's the address for that?

11    A    Metro Office Park in Guaynabo.

12    Q    Okay.  Now, when the government asked you for information

13    on this case, it was through a subpoena, correct?

14              THE INTERPRETER:  I'm sorry, Counsel?  When the

15    government asked for information?

16    BY MR. GONZALEZ-DELGADO:

17    Q    For information related to this case, it asked for

18    information through a subpoena?

19    A    That's correct.

20    Q    And like you testified, the information that they asked

21    for was from January 2019 to January -- to June 9th, 2023; is

22    that correct?

23    A    I do not recall the subpoena.  I would need to look at it.

24    Q    But you remember having been interviewed in this case,

25    correct?

1    A    Yes.

2    Q    Which was on June 9th, 2023?

3    A    I do not recall exactly.  I mean, I do recall the event,

4    but I do not recall the exact date.  But, yes.

5    Q    A couple of weeks ago?  A couple of weeks ago?

6    A    Yes.

7    Q    Okay.  And you provided more information than what was

8    shown to the jury here today, correct?

9    A    I only showed the VPS picture with another license plate

10    that is with another image of the license plate.

11    Q    So it's fair to say --

12         MR. GONZALEZ-DELGADO:  May I have the Elmo, please?

13    BY MR. GONZALEZ-DELGADO:

14    Q    -- that when you arrived to your meeting on June 9th,

15    2023, to meet with the prosecutors, you only brought these

16    three documents; is that correct?

17    A    No.  I brought my work laptop.

18    Q    Did you give the government a file to download with the

19    information that they had requested?

20    A    No.

21    Q    So you only gave them what they asked for, which was these

22    three pictures?

23    A    Yes.

24    Q    But there is more information regarding the Dodge Durango

25    and the amount of times that they passed through the

1      [non-English language], the Teodoro Moscoso Bridge?

2      A    Yes.

3      Q    Okay.  And on April 29th of 2021, from the information we

4      get in this document, you can say, and this is what your

5      machine reported, that the vehicle passed at 22 miles per hour;

6      is that correct?

7      A    Yes.

8      Q    And the second time that the vehicle passes, it passes at

9      15 miles per hour; is that correct?

10     A    Yes.

11     Q    And the third time, the vehicle passes at 17 miles per

12     hour; is that correct?

13     A    Yes.

14     Q    That's the appropriate speed for passing the bridge; is

15     that correct?

16            Let me rephrase.

17            The maximum speed allowed to pass the bridge is 20

18     miles per hour; is that correct?

19     A    I wouldn't be able to tell you.

20     Q    Okay.  But that's not, that's not speeding, correct?  Not

21     speeding, speeding.

22     A    No.

23     Q    Okay.  Now, in -- when we approach the tollbooth, there is

24     a camera facing the car; is that correct?

25     A    No.

1   Q    What's the machine that flashes when you go through the

2   tollbooth?

3   A    I am not familiar with the equipment that reads the seals.

4   Q    Don't you pass through the AutoExpreso tollbooths?

5   A    Yes.  But not all tollbooths are the same.

6   Q    But this tollbooth has a front camera that reads the tags

7   of AutoExpreso, correct?

8   A    It's not a camera.

9   Q    It's a computer to read just the tag?

10  A    That's correct, the tag's frequency.

11  Q    You don't have a camera that reads the marbete, the car

12  registration that's on the front of the vehicle?

13  A    No.

14  Q    Now, isn't it true that you have 48 hours to pay for, or

15  to recharge the AutoExpreso before a fine is emitted?

16  A    120 hours.

17  Q    So it's a little more than I said, correct?

18  A    Yes.

19  Q    Okay.  And this is something that happens every day?

20  A    Yes.

21       MR. GONZALEZ-DELGADO:  I have no further questions,

22  Your Honor.

23       MS. COLLAZO-ORTIZ:  Can I briefly redirect, Your

24  Honor?

25                      REDIRECT EXAMINATION

```
 1    BY MS. COLLAZO-ORTIZ:

 2    Q    Mr. Gonzalez, just two questions, just to clarify:

 3          For the toll plazas that have a front-facing camera,

 4    you said Teodoro Moscoso does not, correct?

 5    A    That's correct.

 6    Q    But the ones that have a front-facing camera, what are

 7    those cameras for?

 8    A    The camera takes a picture of the rear wheels of the

 9    vehicle to know whether it's a truck and to charge the

10    appropriate toll.

11    Q    And in relation to the violations from April 29th, 2021,

12    the three violations that you have testified about, were they

13    paid within the 120 hours?

14    A    No.

15          MS. COLLAZO-ORTIZ:  I'm sorry.  One second, Your

16    Honor.

17    BY MS. COLLAZO-ORTIZ:

18    Q    And can you tell me -- can you tell the direction the

19    person was driving in all three passes?

20    A    According to the configuration of the lanes, he was

21    driving from the airport to -- leaving the airport.

22    Q    All three times?

23    A    Yes.

24    Q    And how do you know that?

25    A    Because of the lane configuration.  All three fines are on
```

1    lane seven.

2    Q    And lane seven goes from the airport to Rio Piedras,

3    correct?

4    A    Yes.

5            MS. COLLAZO-ORTIZ:  No further questions.

6            MR. GONZALEZ-DELGADO:  May I, Your Honor?

7            THE COURT:  Yes.

8                         RECROSS-EXAMINATION

9    BY MR. GONZALEZ-DELGADO:

10    Q    Mr. Gonzalez, if the car's confiscated by the police, they

11    don't notify AutoExpreso, correct?

12    A    No.

13    Q    And if the driver or the vehicle's owner is arrested,

14    that's not notified either, correct?

15    A    No.

16            MR. GONZALEZ-DELGADO:  No further questions, Your

17    Honor.

18            THE COURT:  I do not have questions for the witness.

19            Mr. Gonzalez, thank you for your testimony.  You are

20    free to go.

21            THE WITNESS:  Thank you.

22        (Witness excused.)

23            MS. COLLAZO-ORTIZ:  Your Honor, the government next

24    calls Special Agent Whitney Blankenship to the stand.

25            THE COURTROOM DEPUTY CLERK:  Ma'am, good morning.

```
 1    Please stand and raise your hand.

 2         (Witness sworn.)

 3              THE COURTROOM DEPUTY CLERK:  So help you God.  You

 4    may take a seat.

 5                        WHITNEY BLANKENSHIP,

 6             called as a witness on behalf of the Plaintiff,

 7                  having been previously duly sworn,

 8                  was examined and testified as follows:

 9                        DIRECT EXAMINATION

10    BY MS. COLLAZO-ORTIZ:

11    Q    Good morning.  Can you please introduce yourself to the

12    members of the jury?

13    A    Good morning.  My name is Whitney Blankenship.

14    Q    And what is your occupation?

15    A    I'm a Special Agent with the FBI.

16    Q    How long have you been a Special Agent for the FBI?

17    A    Since March of 2016.

18    Q    And prior to joining the FBI, what training did you

19    receive?

20    A    My educational background or --

21    Q    For entering into the FBI, what training did you receive?

22    A    So I went to the FBI academy.

23    Q    And since graduating from the FBI academy, what other

24    trainings have you received in terms of digital evidence?

25    A    In terms of digital evidence, I've received DEX training,
```

1    which is digital extraction technician.  I've also received

2    DIVRT training, which is digital video retrieval training, and

3    I have a Certificate in Advanced Smart Phone Forensics.

4    Q    And where are you currently assigned?

5    A    Currently, I'm assigned to the Nashville resident agency,

6    the FBI.

7    Q    And where were you working in April of 2021?

8    A    I was working in San Juan, Puerto Rico.

9    Q    And what squad were you assigned to?

10   A    I was assigned to the Violent Crimes Squad.

11   Q    How long were you working in Puerto Rico?

12   A    For, approximately, three years.

13   Q    And as a member of the Violent Crime Squad, what were your

14   duties back in April of 2021?

15   A    So my main investigative duties were crimes against

16   children, then I also assisted on other violent crime

17   incidents, such as bank robberies and kidnappings.

18   Q    Do you have any participation in the investigation related

19   to the death of Keishla Rodriguez-Ortiz?

20   A    I do.

21   Q    What was your role in that investigation?

22   A    My role in that investigation was to retrieve surveillance

23   video.

24   Q    And who was the lead case agent in this case?

25   A    Lorenzo Vilanova.

1   Q    Did you participate in any interviews?

2   A    Interviews, no.

3   Q    And upon receiving that request for electronic evidence,

4   what do you do?

5   A    So I went to areas of interest that were given to me by

6   the case agent to collect surveillance video.

7   Q    And when did you go to collect surveillance video?

8   A    I went on May 6th and 7th of 2021.

9   Q    And what time period were you canvassing for video

10  footage?

11  A    We were told the morning hours of May -- I'm sorry, April

12  29th, 2021.

13  Q    Of 2021?

14  A    Uh-huh.

15  Q    And where did you go to retrieve or canvass for video

16  footage?

17  A    We went to the area around Isla Verde Avenue near Isla

18  Verde Beach, and then we also went to the area near Villa

19  Esperanza.

20  Q    Okay.  And can you please explain to the members of the

21  jury, in general terms, when you go to retrieve video footage,

22  what is the process?

23  A    So when you retrieve video footage from DVD systems,

24  they're all extremely different, so you go and figure out what

25  type of DVD system you're working with.  You put in the dates

1    and the times that you want to extract the video from, and then

2    you extract it or download it to an external device, such as a

3    thumb drive or a hard drive.

4    Q    And do you in any way verify the timestamps that the

5    system is providing for the video?

6    A    Yes.  So that's the first thing you do, really, is you

7    look at the system time, which is the time displayed on the DVD

8    system, and then you note the time it is in real life, in

9    actuality.  And then you compare the times, and you get a time

10   offset.

11   Q    And is it normal for different systems to have different

12   timestamps?

13   A    Yes.  They often do have different timestamps.

14   Q    Okay.  So you have mentioned that you canvassed for video

15   in Isla Verde Avenue and near the Villa Esperanza Public

16   Housing Project.  Starting with the area near Villa Esperanza

17   Public Housing Project, can you please explain what places

18   there you were able to gather video from?

19   A    We gathered video from Colmado La Esperanza, which is like

20   a mini-market, like a convenience store, and also from Veo Veo

21   Optika, which is an optical store, they sell glasses, and then

22   a private residence at 507 Kennedy.  And also -- I think that

23   was it, those three.

24   Q    And in the Isla Verde Avenue, where do you get

25   surveillance video from?

1    A    From 2480 Isla Verde Avenue, from a restaurant called El

2    Authentico.

3    Q    And those systems that you retrieved video from, what is

4    their day-to-day purpose?

5    A    The DVD systems were for the business or the residence,

6    just to provide security at their locations.

7    Q    Okay.  Let's go through each location briefly.  You

8    mentioned Colmado La Esperanza.  What type of business is that?

9    A    It's like a little convenience store, mini-market.

10   Q    And do you recall the address for that location?

11   A    That was 248 Emiliano Pol Avenue.

12   Q    And what relevant location is near the Colmado La

13   Esperanza?

14   A    So the view from that camera showed Emiliano Pol, and

15   directly behind the Emiliano Pol was the Villa Esperanza Public

16   Housing Project.

17   Q    Any particular area of Villa Esperanza was visible?

18   A    On that one, you could see the, like, the entrance and

19   exit to the PHP.

20   Q    And in terms of the Colmado La Esperanza, what do you find

21   in terms of the setting of the time?  How accurate was it?

22   A    So that one was off by 15 minutes.  So the system time

23   showed 7:14.  The actual time was 7:29.

24   Q    So every timestamp from that video needs to be adjusted by

25   adding 15 minutes?  Is that what you're saying?

1   A    Correct.

2   Q    And turning to Veo Veo Optika, you already described that

3   it was, what kind of business?  I'm sorry.

4   A    They sold, like, glasses.  They were under construction at

5   the time, but they would sell, I think, reading glasses.

6   Q    And do you recall the address of that location?

7   A    That was 255 Emiliano Pol.

8   Q    And what relevant location is near Veo Veo Optika?

9   A    So from that camera, you could see Emiliano Pol Avenue,

10  and Villa Esperanza in the background.

11  Q    And what can you tell us about the timestamp on that

12  video?

13  A    That Veo Veo Optika DVR system, the system time matched

14  the actual time, so there was no offset.

15  Q    So that Veo Veo has an accurate timestamp?

16  A    Correct.

17  Q    Turning to the residence that you mentioned at Kennedy

18  Avenue.  Do you remember the address?

19  A    507.

20  Q    Okay.  And in that, in that residence, where is the camera

21  located?

22  A    In that residence, the camera is located on the back of

23  the residence, facing Calle Santa Rosa.

24  Q    And in that back camera facing Calle Santa Rosa, what is

25  visible?

1    A     So from that camera, you can see the parking lot of a

2    dental clinic.

3    Q     And how far is that dental clinic from Villa Esperanza

4    Public Housing Project?

5    A     It's very close, right down the, right down the street.

6    Q     And for the video from this residence at Calle Kennedy,

7    and also covering Calle Santa Rosa, what can you tell us about

8    the time offset?

9    A     So the time offset for that one was plus one hour, so you

10   would have to add -- or you would have to subtract an hour from

11   the system time to get the actual time.

12   Q     So what does that mean?  Can you give us an example?

13   A     So, for example, if the system time said, if the system

14   time said 8:45 and the actual time was 7:45, that means the

15   system time is an hour fast, so you would have to subtract an

16   hour from the system time to get the actual time.

17   Q     Okay.  Turning now to the location in Isla Verde, you said

18   it was a restaurant, correct?

19   A     Yes.

20   Q     Do you remember the address?

21   A     2480 Isla Verde Avenue.

22   Q     And what locations are seen from that camera or those

23   cameras?

24   A     So from that camera, you can see Isla Verde Avenue, which

25   is the street that runs right in front of the beach.

1    Q    And what can you tell us about the time offset in that

2    camera?

3    A    So the time offset on that camera was nine minutes slow.

4    So, for example, if the camera said 9:51, you would have to add

5    nine minutes to get the actual time of 10:00 o'clock.

6                MS. COLLAZO-ORTIZ:  No further questions, Your Honor.

7                MR. GONZALEZ-DELGADO:  Your Honor, may we have two

8    minutes, please?

9                THE COURT:  Yes.

10               MR. GONZALEZ-DELGADO:  Your Honor, may we approach?

11        (Sidebar conference commenced.)

12               MS. CINTRON-COLON:  Your Honor, I understand that the

13   videos that she just testified about were admitted as

14   government's exhibits as being business records, with the

15   exception of hearsay as business records.  We, and this was

16   just last night, by the way, completed reviewing some portions

17   of the same videos.

18               We prepared some clips.  We trimmed some of those

19   videos that we intend to use.  And we are going to request that

20   they be also admitted as self-authenticating business records

21   because they are the exact same videos.  The difference is that

22   they're clipped in specific timeframes.

23               Now, the government has not reviewed them.  So we

24   would request a few minutes so we can show them to the

25   government before moving, requesting that they be admitted as

1    business records, because we do intend --

2              MR. GONZALEZ-DELGADO:  They have been admitted as

3    business records.

4              MS. CINTRON-COLON:  Yes, but not the portions of the

5    clips that we want to use.  So, naturally, we need to show them

6    to the prosecutors before we can use them, and they're entitled

7    to see what we intend to use, which are specific clips and

8    trims of those same videos that have already been admitted as

9    business records, Your Honor.

10             MR. GOTTFRIED:  Your Honor, if they want to show them

11   to us, we can review them.

12             THE COURT:  Okay.

13             MS. CINTRON-COLON:  Thank you.

14        (Sidebar conference concluded.)

15        (Sidebar conference commenced.)

16             MS. CINTRON-COLON:  Your Honor, we were going to do

17   this because we believed they are going to go into video

18   surveillance footage today, so we believed that would be

19   appropriate for us.  The prosecutors informed us that they are

20   not going to go into the surveillance footage or any of the

21   video today.  Therefore, it's unnecessary for us to do this.

22             I proffered to the prosecutors that I can just

23   provide them a copy of the clips.  They agreed.  And then we

24   can resolve this in the afternoon and resume it when, the day

25   they are going to actually present video footage or

1    surveillance footage or go into those details.

2              MR. GONZALEZ-DELGADO:  We don't need the recess.

3              THE COURT:  What did you say?

4              MS. COLLAZO-ORTIZ:  I was asking if the request is

5    that we can continue then right now?

6              MS. CINTRON-COLON:  Yeah, because we're not -- you're

7    not going to go into any surveillance footage videos today,

8    then it's unnecessary for us to do this so we don't need the

9    recess anymore.  I apologize.

10             THE COURT:  Okay.  Can we excuse the witness?

11             MR. GONZALEZ-DELGADO:  I think we're going to ask her

12   maybe two or three questions.  It's very short.  That's it.

13             THE COURT:  Okay.

14             MS. CINTRON-COLON:  Thank you.

15        (Sidebar conference concluded.)

16             MR. GONZALEZ-DELGADO:  May it please the Court?

17             THE COURT:  Go ahead.

18                            CROSS-EXAMINATION

19   BY MR. GONZALEZ-DELGADO:

20   Q    Good morning, Ms. Blankenship.

21   A    Blankenship, yes.  Good morning.

22   Q    Ma'am, did you personally receive these videos from the

23   businesses that you just stated?

24   A    I didn't personally receive them.  I actually downloaded

25   them from the, from the DVD system.

1    Q    That somebody provided in the agency, correct?

2    A    That someone what?

3    Q    Provided inside your agency, the FBI?

4    A    I'm sorry.  I don't understand your question.

5    Q    Did some other FBI agent download those videos and then

6    provided them to you?

7    A    No.  I personally downloaded them from the businesses and

8    the residence.

9    Q    So that was my question.  You went personally to each

10   business and downloaded each video?

11   A    Correct.

12   Q    And when you say there are differences between the hours,

13   it's because every system has their own glitch?

14   A    Yeah.

15   Q    And you use a standardized time unit?

16   A    So to compare the actual time to the system time?

17   Q    Yes, ma'am.

18   A    Yes.  You use the time that it actually is, so you can use

19   your phone.

20   Q    Which system do you use?

21   A    To check the actual time?

22   Q    What's the controlled hour that you used to compare to the

23   phones -- or, I mean, to the videos that you examined?

24   A    Okay.  So if you're looking at the DVD system at that

25   particular moment, and the DVD system says one time, you know

1    that time, and that exact same moment, you note the actual time

2    that it is with, like, your phone or another, you know, unit of

3    time.

4    Q    But you don't use -- okay.  So what you're saying is that

5    when you received the video, let's say it's April -- no.  May

6    6th was the day that you went to pick these up?

7    A    That's the day that I downloaded some of them, and I

8    believe one was on May 7th.

9    Q    Okay.  When did you physically go to the business?

10   A    May 6th, and then one of them was May 7th.

11   Q    Okay.  On May 6th, you go to Veo Veo Optika; and you go

12   into the business; and that day, you download the video; is

13   that correct?

14   A    That's correct.

15   Q    And that day, at that time, you download what's recorded

16   prior to that day; is that correct?

17   A    Yes.

18   Q    But the time that you are using to compare the hour from

19   the machine, or the video-recording system, is at the time that

20   you are physically present there; is that correct?

21   A    Correct.

22   Q    Okay.  So if it would be right now, it's 10:05 a.m., you

23   would look at the video-recording system, right now, and if it

24   said right here -- let's say it says it at the bottom of the

25   screen, it says 10:25.  You would look at your phone?

```
 1    A    Uh-huh.

 2    Q    Correct?

 3    A    Uh-huh.

 4    Q    To compare the hour of the phone with the hour of the

 5    video-recording system; is that correct?

 6    A    Correct.

 7    Q    Okay.  But if the system had a glitch and changed the hour

 8    in the last half hour, how would you know that?

 9    A    You wouldn't know that.

10    Q    You wouldn't know that?

11    A    Huh-uh.

12    Q    So you have no guarantee to say that the recording that

13    was made on April 29th, that you -- the government says that

14    you downloaded and says that it happened at 7 -- one hour

15    ahead, it's because it was an hour ahead at the time that you

16    saw the video; is that correct?

17    A    That's correct.

18    Q    So there is no guarantee, because you didn't do any extra

19    work on these machines; is that correct?

20    A    Extra work as in going back and -- no.

21    Q    And examining the machine if there was a glitch, if there

22    was a download that came and restructured the computer.  That

23    didn't happen, right?

24    A    That's correct.

25    Q    Okay.  So you cannot tell the jury that the video that
```

1    says April 29th at 9:35 was actually 20 minutes ahead or 20

2    minutes behind, because the time that you used to compare was

3    when you were physically there seven days later; is that

4    correct?

5    A    That's correct.

6    Q    Okay.  And you viewed all those videos, correct?

7    A    Not all of them.

8    Q    But most of them?

9    A    I think, three of them I reviewed.

10   Q    And discussed them with the government, correct?

11   A    Yes.

12   Q    And that's the ones that you certify were the ones that

13   were obtained from these business?

14   A    Yes.

15           MR. GONZALEZ-DELGADO:  Okay.  I have no further

16   questions, Your Honor.

17           MS. COLLAZO-ORTIZ:  Nothing from the government, Your

18   Honor.

19           THE COURT:  I have no questions for the witness.

20           Ms. Blankenship, thank you for your testimony.  You

21   are free to go.

22           THE WITNESS:  Thank you, sir.

23     (Witness excused.)

24           MS. COLLAZO-ORTIZ:  Your Honor, the government calls

25   Junior Zabala-Torres to the stand.

```
 1                    THE COURTROOM DEPUTY CLERK:  Sir, raise your right
 2       hand.
 3            (Witness sworn.)
 4                    THE COURTROOM DEPUTY CLERK:  So help you God.  You
 5       may take a seat.
 6                            JUNIOR ZABALA-TORRES,
 7                 called as a witness on behalf of the Plaintiff,
 8                      having been previously duly sworn,
 9                   was examined and testified as follows:
10                            DIRECT EXAMINATION
11       BY MS. COLLAZO-ORTIZ:
12       Q    Good morning.  Can you please tell the members of the jury
13       your full name?
14       A    My name is Junior Zabala-Torres.
15       Q    How old are you?
16       A    I'm 29.
17       Q    And what is your occupation?
18       A    I work as a security guard.
19       Q    Do you have any children?
20       A    Yes.
21       Q    How many?
22       A    One.
23       Q    And is it a male or female?
24       A    A male.
25       Q    How old?
```

```
 1    A    11.

 2    Q    And what is his name?

 3    A    Alex Anthony Zabala-Rodriguez.

 4    Q    Who is Alex's mom?

 5    A    Bereliz Nicole Rodriguez-Ortiz.

 6    Q    And who are Alex's godparents?

 7    A    Keishla Madlane and Felix Verdejo.

 8    Q    And who is Felix Verdejo?

 9              Sorry.  Strike that.

10              What is your relationship to Felix Verdejo?

11    A    He's my cousin.

12    Q    How long have you known him?

13    A    25 years.

14    Q    And who is Keishla to you?  What is her relationship to

15    you?

16    A    She's my sister-in-law, like my sister.

17    Q    This person that you mentioned is your cousin, Felix

18    Verdejo, is he here in court today?

19    A    Yes, he's here.

20    Q    Can you please tell us where he is and what he's wearing?

21    A    He has a long-sleeved shirt, blue.

22    Q    And can you please point to where he's sitting?

23              MS. COLLAZO-ORTIZ:  Your Honor, we ask the record to

24    reflect that the witness has identified the defendant.

25              THE COURT:  The record will so reflect.
```

```
 1    BY MS. COLLAZO-ORTIZ:

 2    Q    Mr. Zabala, what does Mr. Verdejo do for a living?

 3    A    He's a boxer.

 4    Q    Do you know since when?

 5    A    Since he was eight.

 6    Q    And back in, around April of 2021, and before then, how

 7    often would you see Felix?

 8    A    Once a week.

 9    Q    And where would you see him?

10    A    At my house.

11    Q    Where did you live at that time?

12    A    At the Villa Esperanza Public Housing Project.

13    Q    And in what situation would you see him at your house?

14    A    He would go there with my sister-in-law to visit me.

15    Q    And when you're talking about your sister-in-law, who are

16    you referring to?

17    A    Keishla Madlane.

18    Q    And how would you describe the relationship that you had

19    back in April of 2021 with Felix Verdejo?

20    A    As cousins, brothers.

21    Q    And when did you -- how did you grow up?  Can you explain

22    your upbringing with him?

23    A    Of course.  My mother and his mother, they're

24    sisters-in-law.  And we grew up under the same roof, and we

25    were always taught that we were cousins.
```

1    Q    And you mentioned that you would see Mr. Verdejo at your
2    house when he would visit with Keishla.  Can you describe the
3    relationship between Felix and Keishla, from what you saw?
4    A    The relationship was, like, toxic.  They spoke coarsely to
5    each other.  That was the way that they related to each other.
6    Q    And how often did you see them together?
7    A    I believe, once a week.
8    Q    And why was Mr. Verdejo and Keishla at Villa Esperanza
9    when they visited you?
10   A    Because Keishla Madlane lived there.
11   Q    Okay.  And how -- what kind of relationship did Ms.
12   Keishla had with Mr. Verdejo?
13   A    It was practically sexual.
14   Q    Okay.  Did you ever participate in conversations between
15   them about their relationship?
16   A    Yes.
17   Q    How did you come to participate in those conversations?
18   A    One of them would call me to set up a three-way call, and
19   they would talk.
20   Q    And can you describe what you heard in those
21   conversations?
22   A    It was mostly claims:  how come he didn't leave his wife;
23   that he lied to her; that he was taking her for a fool, things
24   like that.
25   Q    And in those conversations, can you please explain what

1   Mr. Verdejo said to Ms. Keishla?

2   A    He would evade it.  He would tell her to wait for him;

3   that he couldn't break up with her from one day to the next,

4   things like that.

5   Q    And how, how long did that go on?

6   A    Years, more than 10 years.

7   Q    Did Mr. Verdejo ever tell you about his sexual encounters

8   with Ms. Keishla?

9   A    Yes.

10   Q    What did he tell you?

11   A    Nothing.  That they would have relationships many times in

12   his vehicle, stories of children, of teenagers, stupid stuff.

13   Q    And but, in particular, those conversation about having

14   sex in the vehicle, how -- what was the most recent time you

15   heard something like that?

16   A    The most recent one, I would say it was one day when

17   Keishla Madlane and Bereliz went to Eliz Marie's house, and

18   they had an argument.  And the next day, practically, he went

19   there to pick her up, and they had sex in the vehicle.

20   Q    How long before April 29th would you say that was?

21   A    I'm sorry?

22   Q    I'm trying to ascertain the date.  How long before April

23   29th did you have that conversation with Mr. Verdejo?

24   A    About two months before.

25   Q    And how would you describe the relationship that Keishla's

```
 1    family had with Mr. Verdejo prior to April 21st -- I'm sorry,
 2    April 2021?
 3    A    It was a good relationship, a healthy relationship.
 4    Q    And what can you tell us about the manner in which Mr.
 5    Verdejo treated Keishla?
 6              MR. GONZALEZ-DELGADO:  Your Honor, that was asked and
 7    answered.
 8              THE COURT:  Overruled.
 9              THE INTERPRETER:  What happened?
10    BY MS. COLLAZO-ORTIZ:
11    Q    What can you tell us about the way in which Mr. Verdejo
12    treated Keishla?
13    A    He treated her like a dog.  That was the way that they
14    talked to each other.
15    Q    I'm going to ask you now to think back to April 28th of
16    2021.  Do you remember that day?
17    A    Yes.
18    Q    Okay.  Did you see Keishla on that day?
19    A    Yes.
20    Q    Can you please tell us where you saw Keishla on April
21    28th, 2021?
22    A    I saw her at my house.
23    Q    And around what time was that?
24    A    At around 11:00, noon.
25    Q    And what happened that time when you saw her on April
```

1      28th?

2      A    She went to pick up -- to my house to pick up my son,

3      because she was the person who took care of my son while I was

4      working.

5      Q    And what happened when she went there to pick up your son?

6      A    She arrived, and she gave us the news that she was

7      pregnant.

8      Q    Did she show you anything?

9      A    Yes, a lab pregnancy test.

10     Q    And what was your reaction to the news?

11     A    Happiness.  We were glad for her.

12     Q    Why were you glad for her?

13     A    Because she was going to be a mother, and because Felix

14     Verdejo was going to be the father, the godfather of my son and

15     my cousin.

16     Q    And how did she seem when she gave you the news?

17     A    She was happy.  She was super happy.

18     Q    Okay.  And did you talk to Felix about the pregnancy?

19     A    She asked me not to tell him because he didn't want

20     anybody to know it.

21     Q    And what were her plans regarding her pregnancy?

22     A    To have it.

23     Q    Did she mention any plans that she had with Felix?

24     A    To meet the next day because he wanted to see the

25     pregnancy test personally.

```
1    Q    And so what happened after she gave you the news?

2    A    Come again?

3    Q    What happened after she gave you the news?  What did you

4    do; what did she do?

5    A    Well, she left our house, and me and Bereliz we went to

6    our respective jobs.

7    Q    Who did she leave with?

8    A    With my son.

9    Q    And when do you see her next?

10   A    I never saw her again.

11   Q    What happened the morning of April 29th, 2021?

12   A    Is there any water?

13            MS. COLLAZO-ORTIZ:  Your Honor, may I have a minute?

14            THE COURT:  Yes.

15            MS. COLLAZO-ORTIZ:  Your Honor, may we approach for a

16   minute?

17        (Sidebar conference commenced.)

18            MS. COLLAZO-ORTIZ:  Your Honor, we've been informed

19   that the family is apparently getting a little emotional.  So

20   if we could have a short recess to make sure everything is

21   kosher, and we don't have any disruption in the courtroom.

22            THE COURT:  Who is getting emotional?  I missed that.

23            MS. COLLAZO-ORTIZ:  The victim's family, Your Honor.

24            MR. GONZALEZ-DELGADO:  Actually, the father.  I saw

25   him get up.  I heard something.  I looked back.  He got up, and
```

1    he left.

2              MR. GOTTFRIED:  He's back, but you can see he's

3    emotionally distraught.

4              THE COURT:  Okay.

5              MS. CINTRON-COLON:  We have no objection.

6              THE COURT:  So we should call a break?

7              MR. GOTTFRIED:  If it could just be a brief recess?

8              THE COURT:  Okay.

9         (Sidebar conference concluded.)

10             THE COURT:  Ladies and gentlemen, we're going to take

11   a short recess at this point.  Remember not to talk amongst

12   yourselves or with anybody else about your impressions of the

13   case or the evidence in the case.  Do not view, read or hear

14   reports, comments or articles about the case.  Do not conduct

15   any research about the case, the matters in the case or the

16   individuals involved in the case.

17             We'll be back in the courtroom shortly.  I'll let you

18   know.  Thank you.

19        (Whereupon the following proceedings were had in open court

20        without the presence of the jury.)

21             THE COURT:  Mr. Zabala, we're going to take a short

22   break.  You do not have to stay where you are.  You can walk

23   around and so forth.  You can talk to people.  You can interact

24   with members of your family and the prosecution.

25             But you should not discuss or review or talk about

1    your testimony.  You should not review materials related to

2    this case, and you should not send out messages on social

3    media.

4              Do you understand?

5              THE WITNESS:  Of course I do.

6              THE COURT:  All right.

7              Well, we'll be on a short break.  We'll return in

8    about 10 or 15 minutes.

9              MS. COLLAZO-ORTIZ:  Thank you, Your Honor.

10       (Whereupon a recess was taken at 10:29 a.m., until 10:45

11        a.m.)

12       (Whereupon the following proceedings were had in open court

13        without the presence of the jury.)

14             THE COURT:  All set to call the jury in?

15             MR. GOTTFRIED:  Yes, Your Honor.  The government's

16   ready.

17             MS. CINTRON-COLON:  Yes, Your Honor.

18             THE COURT:  Let's bring the jury in.

19       (Whereupon the following proceedings were had in open court

20        in the presence of the jury.)

21             THE COURT:  Welcome back to the courtroom.  Please

22   take a seat.

23             MS. COLLAZO-ORTIZ:  May I continue, Your Honor?

24             THE COURT:  Yes.

25   BY MS. COLLAZO-ORTIZ:

1    Q    Mr. Zabala, before we continue, let me ask you one thing:

2    How would you describe your relationship to Keishla?

3    A    Mine, like a sister.  We were like family, like siblings.

4    Q    Okay.  And so, before we took the break, I had asked you

5    to tell the members of the jury what happened the morning of

6    April 29th, 2021.

7    A    On the morning of April 29th, I was sleeping, and my wife

8    Bereliz woke me up and asked me to call Felix and ask him about

9    Madlane because Madlane wouldn't turn up.

10   Q    I'm sorry to interrupt, but to clarify, when you're

11   talking about Madlane, it's the same person as Keishla,

12   correct?

13   A    That's correct.  Madlane is her second name.

14   Q    Okay.  And when your wife woke you up, what happened?

15   A    I ignored her, and I continued sleeping.  She came in a

16   second time and woke me up again and asked me to call Felix,

17   and I again ignored her and continued sleeping.

18         She came in for a third time.  She was more

19   desperate, and she asked me to call him.  And I called him.

20   Q    And what happened when you called Felix?

21   A    When I called him, he didn't answer, but he called me back

22   after about 30 seconds.  I asked him:  Listen, mother-fucker,

23   where is Madlane.  And he said:  I don't know.  He said that he

24   didn't know.

25   Q    And what do you say?

1    A    She told me that she was going to meet with him that

2    morning because she was going to show him some pregnancy tests.

3    Q    Is that what you told him?

4    A    Exactly.  He told me that he had not been able to meet her

5    because he was training and he ran late, and they weren't able

6    to meet.  And I asked him with whom he was, and he said that he

7    was with some friends.  And I ended the call.

8              And I got up from the bed, and I went to the living

9    room.  And I told Bereliz that I had talked to Felix, and that

10   he had told me that he didn't know.  And Bereliz said:  How is

11   it possible that he doesn't know; call him and put him on the

12   phone.

13   Q    And when Bereliz asked you to put him on the phone, what

14   do you do?

15   A    I went back to my room, and I laid in bed.  And after

16   that, hours passed, and I tried to calm Bereliz, telling her

17   that she will turn up.  And then after that, both of us went to

18   our respective jobs.

19   Q    Okay.  Before you went to work, did you, in fact, give the

20   phone to Bereliz to call Felix?

21   A    Yes.  I dialed the call, and I gave the phone to Bereliz

22   so that she would talk to him.

23   Q    And whose number did you call?

24   A    Felix Verdejo's.

25   Q    Okay.  And what happened after you gave the phone to

1    Bereliz?

2    A    Bereliz stayed in the living room talking to him.  And I

3    went back to the room, and I laid down.

4    Q    And you had indicated that then you both went to work.

5    What happened after you went to work?

6    A    Bereliz called me that she had left her job because she

7    couldn't continue working worried that her sister would not

8    turn up.

9    Q    Okay.  And what happened later on April 29th, 2021?

10   A    I continued working.  I left work at 10:00 p.m., and I

11   went to the police headquarters.  Bereliz and Keila were there.

12   Q    Okay.  And why did you go there?

13   A    Because my wife was there, and I went there to support

14   her.

15   Q    And what happened when you were there?

16   A    When I arrived there, there was a friend of Bereliz.  Her

17   name is Neika, and at the same time, Marcelino was arriving.

18   Q    Do you know why Marcelino was there?

19   A    Yes.  When he arrived there, he told me that he was coming

20   in from the airport, and he was a little bit bothered because

21   he had just gotten off a plane.  And he said that he was tired

22   from the trip, and he went to the headquarters.

23          And he told me that he thought that it was

24   unnecessary to be there, but he said something to the effect

25   that, whoever has not done by bad deed should not be suspected,

1    and that he went there to see what they wanted to ask of him.

2                MS. CINTRON-COLON:  Objection, Your Honor, hearsay

3    and move to strike.

4                THE COURT:  Overruled.

5    BY MS. COLLAZO-ORTIZ:

6    Q    How many calls did you receive that day, April 29th, from

7    Felix inquiring about Keishla?

8    A    None.

9    Q    Okay.  What happened after you were at the police

10   headquarters?

11   A    I saw Bereliz and Keila leaving with, in a patrol car with

12   some officers, and right then, Bereliz called me and told me

13   that, if I wanted, that I should go home because she was going

14   to take a long time.

15   Q    And what did you do?

16   A    I did exactly what she asked me.  I went home, and I

17   waited for them to come at night.

18   Q    And turning your attention to April 30th, 2021, Friday,

19   what can you tell us about that Friday?

20   A    On Friday, I was at my house.  We were there, me, Keila

21   and Bereliz.  We spent all day there, and through social media

22   and the media, the press, we found out that her vehicle had

23   turned up.

24   Q    And how many times did Felix Verdejo call you on April

25   30th to ask about Keishla?

```
 1    A    Not even once.
 2    Q    Turning your attention to Saturday, May 1st, 2021, what
 3    significance does that date have to you?
 4    A    My son's birthday.
 5    Q    And what happened specifically on that day, May 1st, in
 6    2021?
 7    A    On May 1st, in the early hours of the morning, me and
 8    Keila, we were desperate, and we went out on our own looking
 9    for her around there.
10    Q    And what else happened on that day?
11    A    That day, me and Keila went back to our homes.  And we
12    received a call from the police headquarters, and we went
13    there.
14    Q    And what happened when you went to the general
15    headquarters?
16    A    There we received the news that they had found the body of
17    a female floating in the San Jose Lagoon.
18    Q    And what did you do upon learning of those news?
19    A    With the family, we went to the Teodoro Moscoso, and there
20    some neighbors lent us a boat.
21    Q    And what happened when you were lent that boat?
22    A    I'm sorry?
23    Q    What happened after you were lent that boat?
24    A    We went to the lagoon, and we were able to approach up to
25    the point where the police allowed us.  And we stayed there
```

1    until they took the body away.

2    Q    And what did you see while you were in the boat?

3    A    A body floating, dressed in blue.

4    Q    And what happened after the body was recovered?

5    A    We went to Forensic Sciences.  We were there for several

6    hours outside.

7    Q    Who went to [non-English language]?

8    A    Bereliz, Keila, Tony, Jonathan.

9    Q    And to clarify, Tony, you mean Keishla's father, correct?

10   A    That's correct.

11   Q    And Jonathan is Keishla's brother, correct?

12   A    That's correct.

13   Q    And let me ask you, on Saturday, May 1st, how many calls

14   did you receive from Felix Verdejo asking about Keishla?

15   A    None.

16   Q    Turning your attention now to Sunday, May 2nd, 2021.  What

17   happened on that day?

18   A    That day, we went to Forensic Sciences again, and after

19   that, we went to the funeral home to make the arrangements.

20   Q    And what happened during that process?

21   A    We were at Forensic Sciences.  We left.  After that, we

22   went to the funeral home.  And when we were arriving there, I

23   received a phone call from an unknown number, and it was Felix

24   Verdejo.

25   Q    How do you know it was Felix Verdejo?

```
 1    A    Because I recognized his voice.

 2    Q    And what happened in that call?

 3    A    When I answered, I told him that I could not talk to him;

 4    that I was busy, and I hung up.

 5    Q    And what happened after that?

 6    A    He called me back again, and he insisted that he needed to

 7    talk to me.  And, again, I told him that I could not talk to

 8    him at that time; that I was busy, and I hung up again.

 9    Q    And why did you tell him that you couldn't talk to him at

10    that time?

11    A    Because I did not believe that it was appropriate at the

12    time to have a conversation with him because the person that

13    was driving the vehicle had just lost her daughter; the person

14    who was a passenger had just lost her sister; and because I

15    believed that the suspect was calling me at the time, and I did

16    not believe that it was prudent to hold a conversation with him

17    at the time.

18    Q    Okay.  So after that second call, what happened?

19    A    I hung up, and I sent a text message via WhatsApp to

20    Officer Omayra.  And after that, we got out of the vehicle, and

21    when we were going in, before we went in, I told Tony and

22    Bereliz that Felix had called me.  And they asked me what he

23    wanted.

24    Q    And what happened after Tony asked you what he wanted?

25    A    I told him that I didn't know, but that I had sent a
```

1    message to Omayra.  And as I was telling him, she called me

2    back, and she asked me what he wanted.  And she told me to call

3    him again and put him on speaker.

4                THE INTERPRETER:  The interpreter wishes to correct.

5                THE WITNESS:  I told him that I didn't know, but I

6    had sent a message to Officer Omayra to see what she wanted,

7    what she told me to do.  And at the same time, she called me

8    back, and I put her on speaker.

9                And she asked me what he wanted, and I told her that

10   I didn't know.  And she told me to call him and ask him and

11   tell her whatever he told me.

12   BY MS. COLLAZO-ORTIZ:

13   Q    Okay.  And after you had that conversation with the

14   officer, what did you do?

15   A    I told Omayra that I was going to record the conversation,

16   and I was going to send it to her.  After that, we went back to

17   the vehicle, and we made the phone call.

18   Q    Who made the call?

19   A    I did.

20   Q    And who recorded the call?

21   A    Bereliz.

22   Q    And what were you asking Felix about during that call?

23   A    I said to him, [non-English language], where is Madlane;

24   what happened to Madlane; where are you?

25   Q    And what -- how did he seem during that call?

1    A    Scared, desperate.

2    Q    Was he answering your calls -- I'm sorry, your questions?

3    A    No.  He was evading me.

4         MS. COLLAZO-ORTIZ:  If I could have Government

5    Exhibit 15.  If I could have the recording of 15A played and

6    the transcript of the English translation, 15E, published.

7         (Video played.)

8    BY MS. COLLAZO-ORTIZ:

9    Q    Mr. Zabala, who are the voices on that recording?

10   A    Mine and Felix Verdejo's.

11   Q    And what did he say during the call?

12   A    He said -- I asked him:  Why did your vehicle pass by

13   there?  And he said that indeed, that he had passed by there

14   normal.  I said:  I hadn't been born yesterday.

15        MS. COLLAZO-ORTIZ:  If I can have Exhibit 15B, and

16   the corresponding translation, which is 15F.

17        (Video played.)

18   BY MS. COLLAZO-ORTIZ:

19   Q    Who is talking in Exhibit 15B?

20   A    Me and Felix Verdejo.

21   Q    And what did Mr. Felix Verdejo tell you?

22   A    I'm sorry?

23   Q    What did Mr. Verdejo say?

24   A    He said that he had passed by there.  He was just lying.

25        MS. COLLAZO-ORTIZ:  If we can play 15B again,

1    BY MS. COLLAZO-ORTIZ:

2    Q    And I want you to listen to 15B so you can explain to us

3    which part is him and which part is you.

4         (Video played.)

5    BY MS. COLLAZO-ORTIZ:

6    Q    And in that exchange, what was Mr. Verdejo saying?

7    A    That they couldn't meet because he ran late at the track,

8    and that he didn't meet with her.

9         MS. COLLAZO-ORTIZ:  And turning now to 15C, with the

10   transcript, which is 15G.

11        (Video played.)

12   BY MS. COLLAZO-ORTIZ:

13   Q    Okay.  And in that recording, can you please explain what

14   did Mr. Verdejo tell you?

15   A    That he didn't get to have that conversation with Keishla

16   Madlane about the surname.

17   Q    Did he ever tell you that he wasn't aware of the

18   pregnancy?

19   A    No.

20   Q    And did you understand, based on this conversation, that

21   he did?

22        MS. CINTRON-COLON:  Objection, Your Honor, calls for

23   speculation.

24        THE COURT:  Overruled.

25        THE WITNESS:  Yes.

1          MS. COLLAZO-ORTIZ:  If we can have Exhibit 15D, with

2     the corresponding transcript at 15H.

3     (Video played.)

4     BY MS. COLLAZO-ORTIZ:

5     Q    Mr. Zabala, what was Mr. Verdejo's response when you asked

6     him about the last time they spoke?

7     A    He was evading.  He, himself, got all tied up, confused.

8     I'm sorry.  He, himself, got all confused.  He didn't even know

9     what he was saying to me.

10    Q    And after, and after that conversation, what was your

11    reaction to that conversation?

12    A    When I hung up, the first thing that I said to Bereliz

13    was:  He's lying to me; I know him.

14    Q    And why did you think he was lying?

15          MR. GONZALEZ-DELGADO:  Objection, Your Honor, calls

16    for speculation.

17          THE COURT:  Overruled.

18          MR. GONZALEZ-DELGADO:  And state of mind of another

19    individual.

20          THE COURT:  Overruled.

21    BY MS. COLLAZO-ORTIZ:

22    Q    Mr. Zabala, why do you think that he was lying?

23    A    Because he's a person that I have known for 25 years.  I

24    would say that I know him like the back of my hand, and he was

25    lying.

1    Q    And before these events of April 29th, 2021, how would you

2    describe your relationship to him, with him?

3    A    With Felix?

4    Q    Yes.

5    A    We were brothers.  It was a brotherhood.  We were friends,

6    mates, family.

7    Q    And let me ask you, in all that time that you knew Felix,

8    and specifically in the time prior to April 29th, 2021, how

9    many cellular phones did Mr. Verdejo use?

10    A    More than one.

11    Q    Do you know why he had more than one?

12          MR. GONZALEZ-DELGADO:  Objection, Your Honor, calls

13    for speculation.  It has to be under Rule 602, Your Honor.

14          THE COURT:  Overruled.

15    BY MS. COLLAZO-ORTIZ:

16    Q    Do you know why he had more than one phone?

17    A    The other one was to talk to women, to his side pieces.

18    Q    Why do you say "women" and "side pieces" in plural?

19    A    Because when there are more than one, the plural is used.

20    Q    How many were you aware of?

21    A    Three.

22    Q    And do you know how many sources of income Mr. Verdejo

23    had?

24          MR. GONZALEZ-DELGADO:  Objection under 401, Your

25    Honor.

```
 1                    THE COURT:  Sidebar.
 2          (Sidebar conference commenced.)
 3                    MS. COLLAZO-ORTIZ:  Your Honor, I'll withdraw the
 4     question.
 5                    THE COURT:  Okay.
 6          (Sidebar conference concluded.)
 7                    MS. COLLAZO-ORTIZ:  Withdrawing the question, Your
 8     Honor.
 9                    THE COURT:  Okay.
10     BY MS. COLLAZO-ORTIZ:
11     Q    Did Mr. Verdejo ever talk to you about the other women
12     that he was seeing?
13                    MR. GONZALEZ-DELGADO:  Objection, 401, Your Honor.
14                    THE COURT:  Overruled.
15                    THE WITNESS:  Yes.
16     BY MS. COLLAZO-ORTIZ:
17     Q    And what did he tell you?
18     A    Stupid stuff, fuckery, stuff, teenage stuff.  He would
19     talk about, just fucking, like he was going to go fuck this one
20     or he was going to fuck the other, just stupid stuff.
21     Q    Did you ever talk to Mr. Verdejo about any prior
22     pregnancy?
23                    MR. GONZALEZ-DELGADO:  Objection, 401.  And may we
24     approach, Your Honor?
25          (Sidebar conference commenced.)
```

```
1              THE COURT:  Okay.  I know what 401 says.  Start from
2      there.
3              MR. GONZALEZ-DELGADO:  Okay.  401, what's the
4      relevance of prior pregnancies that Mr. Verdejo might have
5      talked to him related specifically to this case?  And if she's
6      sexualizing Mr. Verdejo, that's opening up the doors so that
7      what they requested that we be excluded from asking related to
8      Ms. Keishla Rodriguez, they're just going against their own
9      request.  Because if this individual who knows Mr. Verdejo, who
10     was the [non-English language] -- the [non-English language] is
11     matchmaker between --
12             THE COURT:  Why do you say that?
13             MR. GONZALEZ-DELGADO:  Because in the statements that
14     he provided to the FBI, he makes a statement that says that
15     every time that Felix and Keishla were apart or had, had a
16     discussion and were not seeing each other -- and he said it,
17     actually, in this phone call.  Every time that they had a
18     disagreement, he was the matchmaker.
19             One of them would call.  They'd make a three-line
20     call, and that's in the record today, and then he would let
21     them speak so that they could go again and have sex, like he
22     said this morning, that he said that.  In other occasions, he
23     said that every time that Keishla was in a fight with, and I
24     mean an oral argument, with Mr. Verdejo, he would always be the
25     one to patch things up between them.
```

```
1              And there are FBI 302s in which he says that he's
2    telling either Felix or he's telling Keishla:  Come on; she's a
3    good girl; give her an opportunity.  Or the other way around:
4    Felix is a good guy; you know he loves you; just let him talk
5    to you.  And he was the matchmaker.
6              So they're bringing in --
7              THE COURT:  You mean the matchmaker between your
8    client --
9              MR. GONZALEZ-DELGADO:  And Keishla, and the alleged
10   victim.  That's correct.
11             But that means that if they're going to ask about
12   prior pregnancies of Mr. Verdejo that might have happened or
13   might not have happened because he has personal knowledge of
14   that, we are entitled to go into prior pregnancies that Ms.
15   Keishla Rodriguez might have had.  And we know, and we have
16   evidence that she did have, that he provided to the FBI.  And
17   it is in the 302 that was provided to us as evidence related to
18   the victim, with prior, prior pregnancies that she had.
19             Actually, there is another 302 that was prepared by
20   Ms. Keila Ortiz, which is Verdejo's mother --
21             THE COURT:  No.
22             MS. CINTRON-COLON:  Keishla's mother.
23             MR. GONZALEZ-DELGADO:  Keishla's mother, sorry -- in
24   which she says that her daughter had an abortion from a
25   relationship she had.  But that was years ago, so that has
```

1      nothing to do with this case.  And that is in an FBI 302.

2              So all I'm asking is fair play, if they're going to

3      be allowed to investigate or go into pregnancies that Mr.

4      Verdejo might have had with third parties, not the victim,

5      because he has personal knowledge, this witness has personal

6      knowledge of other pregnancies that the alleged victim had with

7      other men close to the events of this case, Your Honor.

8              MS. COLLAZO-ORTIZ:  Not close to the events of this.

9              MR. GONZALEZ-DELGADO:  Year before.

10             MS. COLLAZO-ORTIZ:  Years before.

11             MS. CINTRON-COLON:  Just as the one that you're

12     eliciting now.

13             MS. COLLAZO-ORTIZ:  Your Honor, this was already

14     subject to motions in limine.

15             THE COURT:  Yes.  But argue.

16             MS. COLLAZO-ORTIZ:  This has to do specifically with

17     our notice of intent to bring evidence of 404(b) to show

18     intent, among other things, and it's only tying up to, to that

19     specific evidence.  We're not going to go any deeper than what

20     is related to the 404(b) notice that we filed.

21             And that does not in any way open the door into the

22     defendant's sexual history.  We're talking about two different

23     scenarios, two different rules.

24             THE COURT:  To open up to go into the defendant's

25     sexual history, you said?

1          MS. COLLAZO-ORTIZ:  No, I'm sorry.  If I said that, I

2    misspoke.

3          The 404(b) notice that was litigated, and this Court

4    already ruled upon, does not in any way open door for the

5    defense to elicit the victim's sexual history, which, again,

6    was already evaluated in a motion in limine, and already the

7    Court ruled that they couldn't go into.  We're only going to

8    ask for a name of the person that he mentioned, and that is the

9    same person that is related to the 404(b).  We're not going to

10   go any deeper than that.

11         THE COURT:  Okay.  As for the other points Mr.

12   Gonzalez brought, I will only say, at this point, noted, at

13   this point.

14         Okay.  So go ahead.  Objection overruled.

15         MS. COLLAZO-ORTIZ:  Thank you, Your Honor.

16   (Sidebar conference concluded.)

17   BY MS. COLLAZO-ORTIZ:

18   Q    Mr. Zabala, did Mr. Verdejo ever talk to you about a prior

19   pregnancy?

20   A    Yes.

21   Q    And who, who was that person who got pregnant?

22   A    The girl was named Amanda.

23         MS. COLLAZO-ORTIZ:  We have no further questions,

24   Your Honor.

25         THE COURT:  Okay.

1          MS. CINTRON-COLON:  Your Honor, may we approach

2     briefly?

3          (Sidebar conference commenced.)

4          MS. CINTRON-COLON:  Your Honor, we know it's 11:30 in

5     the morning.  I estimate that my cross-examination to this

6     witness is going to last more than an hour and a half.  I don't

7     know if the Court would rather then break for lunch for the

8     jury now instead of interrupting the cross-examination, which I

9     assume it is going to be rather lengthy.

10         THE COURT:  I would prefer that you start.

11         MS. CINTRON-COLON:  Okay.

12         (Sidebar conference concluded.)

13         THE COURT:  Counsel?

14         MR. GONZALEZ-DELGADO:  Yes, sir.

15         (Sidebar conference commenced.)

16         THE COURT:  Okay.  Upon further review, I'm going to

17    break for lunch at this point.  We'll return at 1:00 p.m.

18         MS. CINTRON-COLON:  Yes, sir.

19         (Sidebar conference concluded.)

20         THE COURT:  Ladies and gentlemen, let's take a lunch

21    break at this point.  We will return to the courtroom at 1:00

22    p.m.

23         Remember, do not talk about or communicate with

24    anybody about your impressions of the case or the evidence in

25    the case.  Do not conduct any research about the case, the

1    matters in the case or the individuals involved in the case.

2    Finally, do not view, read or hear reports, comments or

3    articles about the case.

4            I look forward to seeing you all back in the

5    courtroom at 1:00 p.m.

6        (Whereupon the following proceedings were had in open court

7            without the presence of the jury.)

8            THE COURT:  Mr. Zabala, we are going to take a lunch

9    break until 1:00 p.m.  You do not have to stay here.  You can

10   walk around.  You can interact with members of your family, the

11   prosecution team, or other persons.

12           Now, do not talk about your testimony.  Do not review

13   documents related to the case, and do not send out messages by

14   social media.  As well, I do not want you to read or listen to

15   reports about the case.

16           Do you understand?

17           THE WITNESS:  Of course.

18           THE COURT:  Okay.  The Court adjourns until 1:00 p.m.

19   today.

20       (Whereupon a recess was taken at 11:36 a.m., until 1:02

21          p.m.)

22                                   -oOo-

23

24

25

Cindy Lee Brown, RPR, Official Court Reporter
U.S. District Court, District of Puerto Rico
(787) 772-3478

```
1    UNITED STATES DISTRICT COURT )
                                   )  ss.
2    DISTRICT OF PUERTO RICO       )

3

4                         REPORTER'S CERTIFICATE

5

6             I, CINDY LEE BROWN, RPR, Federal Official Court

7    Reporter for the United States District Court for the District

8    of Puerto Rico, appointed pursuant to the provisions of Title

9    28, United States Code, Section 753, do hereby certify that the

10   foregoing is a true and correct computer-aided transcript of

11   proceedings had in the within-entitled and numbered cause on

12   the date herein set forth; and I do further certify that the

13   foregoing transcript has been prepared by me or under my

14   direction.

15

16            Dated this 29th day of June, 2023.

17

18

19                              /s/ Cindy Lee Brown

20                              _____
                                CINDY LEE BROWN, RPR, Federal
                                Official Court Reporter
21                              150 Carlos Chardon, Room 150
                                San Juan, PR  00918
22                              (787) 772-3478

23

24

25
```