1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF PUERTO RICO

3                            -oOo-

4   THE UNITED STATES OF AMERICA,    )
                                     )
5            Plaintiff,              )   Case No. 3:21-CR-00161-PAD
                                     )
6   -vs-                             )
                                     )
7   FELIX VERDEJO-SANCHEZ,           )
                                     )
8            Defendant.              )
    _____  )
9
         TRANSCRIPT OF JURY TRIAL - DAY EIGHT - P.M. SESSION
10      HELD BEFORE THE HONORABLE PEDRO A. DELGADO-HERNANDEZ
           UNITED STATES COURTHOUSE, HATO REY, PUERTO RICO
11                   THURSDAY, JUNE 29, 2023
    _____
12              A P P E A R A N C E S

13
    FOR THE UNITED STATES OF AMERICA:
14
    AUSA Jonathan L. Gottfried &
15  AUSA Jeanette M. Collazo-Ortiz

16  FOR THE DEFENDANT:

17  Jason Gonzalez-Delgado, Esq. &
    Gabriela Jose Cintron-Colon, Esq.
18
    COURT INTERPRETERS:
19
    Carlos Ravelo &
20  Lynmar Vera

21  GOVERNMENT INTERPRETER:

22  Jose Luis Rosado

23

24

25


                Cindy Lee Brown, RPR, Official Court Reporter
                U.S. District Court, District of Puerto Rico
                            (787) 772-3478

```
 1                       I N D E X

 2   WITNESSES CALLED ON BEHALF OF THE PLAINTIFF:        PAGE:

 3   JUNIOR ZABALA-TORRES

 4   Cross-Examination by Ms. Cintron-Colon:               4

 5   AMANDA COLON-NIEVES

 6   Direct Examination by Mr. Gottfried:                 28

 7   Cross-Examination by Ms. Cintron-Colon:             59

 8   Redirect Examination by Mr. Gottfried:              65

 9   Recross-Examination by Ms. Cintron-Colon:           66

10   ELIZ SANTIAGO-SIERRA

11   Direct Examination by Ms. Collazo-Ortiz:            69

12   EXHIBITS:                                          PAGE:

13   (No exhibits marked.)

14

15

16

17

18

19

20

21

22

23

24

25
```

 1          (Proceedings commenced at 1:02 p.m.)

 2                              -oOo-

 3          (Whereupon the following proceedings were had in open court

 4          without the presence of the jury.)

 5                   THE COURT:  Will counsel approach?

 6          (Sidebar conference commenced.)

 7                   THE COURT:  Okay.  During the lunch recess, I

 8     reviewed the last sidebar, and I went back to the materials

 9     related to the motion in limine at 235, reviewed all those

10     materials again.  I'm not allowing evidence on Ms. Rodriguez's

11     sexual relationships except with Mr. Verdejo --

12                   MS. CINTRON-COLON:  Okay.

13                   MR. GOTTFRIED:  Yes, Your Honor.

14                   THE COURT:  -- as previously ruled in connection with

15     that motion in limine.

16                   MS. CINTRON-COLON:  Okay.

17                   THE COURT:  Okay?

18          (Sidebar conference concluded.)

19                   THE COURT:  All set to call the jury in?

20                   MR. GOTTFRIED:  Yes, the government is.

21                   MS. COLLAZO-ORTIZ:  Your Honor, we need to retrieve

22     the headsets for the family members.  I believe they're

23     charging back there.

24                   We're ready.

25                   MR. GONZALEZ-DELGADO:  We're ready, Your Honor.

1              THE COURT:  Ready?

2              MS. CINTRON-COLON:  Yes, Your Honor.

3              THE COURT:  Okay.  Let's call the jury in.

4         (Whereupon the following proceedings were had in open court

5         in the presence of the jury.)

6              THE COURT:  Good afternoon.  Welcome back to the

7    courtroom.  Please take a seat.

8              MS. CINTRON-COLON:  May it please the Court, Your

9    Honor?

10             THE COURT:  Go ahead.

11                       CROSS-EXAMINATION

12   BY MS. CINTRON-COLON:

13   Q    Good afternoon, Mr. Zabala.  I'm going to be asking you a

14   couple of questions.  Most of them can be answered with a yes

15   or no.

16             Do you understand?

17   A    Yes.

18   Q    Mr. Zabala, your nickname is "Macho," correct?

19   A    Yes.

20   Q    You're also known as "Macho Zabala," correct?

21   A    That's correct.

22   Q    And you were, you were raised in Manuel A. Perez Housing

23   Project, correct?

24   A    And at Las Gladiolas.

25   Q    Mr. Zabala, you stated earlier today, this morning, that

1    you were cousins with Mr. Verdejo.

2              Do you remember that?

3    A    That's the way that we were raised.

4    Q    So you're not blood-related, correct?

5    A    That's correct.

6    Q    Mr. Zabala, you also stated that you have, had a close

7    relationship with Felix, correct?

8    A    That's correct.

9    Q    In fact, you said that you knew him like the palm of your

10   hand?

11   A    That's correct.

12   Q    So you would say that you knew, pretty much, everything

13   about his life?

14   A    You never get to fully know a person, so to say

15   everything, that would be erroneous.

16   Q    And he trusted you enough and talked to you all the time.

17   You talked to each other all the time, correct?

18   A    I believe so.

19   Q    And you still affirm and believe that your relationship

20   with Mr. Verdejo was very close?

21   A    That's correct.

22   Q    And I ask you -- well, previously you stated that you knew

23   about three other women that he talked to?

24   A    That's correct.

25   Q    Can you please tell us the names of those three women?

```
 1    A    His wife, Eliz Marie, Keishla Marlen, and the other one I
 2    cannot recall right now.  Several years have passed by already.
 3    Q    So you didn't know about Mr. Verdejo's relationship with a
 4    girl named Nicole Vazquez, correct?
 5    A    I was not aware.
 6    Q    Nor with a girl named Neika Colon?
 7    A    No.
 8    Q    Nor with a woman named Ashley Negron?
 9    A    No.
10    Q    Nor about the flirtatious conversations he actually had
11    with Monica Puig?
12    A    No.
13    Q    Mr. Zabala, you also talked about your wife, Bereliz,
14    correct?
15    A    That's correct.
16    Q    And her full name is Bereliz Nicole Rodriguez-Ortiz,
17    correct?
18    A    Correct.
19    Q    But you two are not together right now, right?
20    A    That is false.  We are together today.
21    Q    Are you legally married?
22    A    No.
23    Q    Have you ever been married?
24    A    No.
25    Q    You also talked about your house in Villa Esperanza.
```

```
 1              Do you remember that?

 2    A    Yes.

 3    Q    But the truth is that that's not your house.  You didn't

 4    live there.  It's Bereliz's apartment, correct?

 5    A    It's Bereliz's house, but I live there as well.

 6    Q    And in the last year, there was some periods of time where

 7    you did not live there, correct?

 8    A    Correct.

 9    Q    You also said that you have a son with Bereliz, right?

10    A    That's correct.

11    Q    For how many years have you and Bereliz been together?

12    A    Practically, 15 to 16 years.

13    Q    So you could say that you two have a really close

14    relationship?

15    A    That's correct.

16    Q    That you communicate frequently?

17    A    Correct.

18    Q    And you talk about what happens in your daily life?

19    A    Correct.

20    Q    And this is especially true for the dates of April 29th

21    through May 2nd of 2021?

22    A    Correct.

23    Q    And on April 29th, you stated that you were sleeping over

24    in Bereliz's apartment in Villa Esperanza, correct?

25    A    Correct.
```

1    Q    And this is the day that Bereliz told you that she could

2    not get a hold of Keishla, and she was worried?

3    A    Correct.

4    Q    And she even told you that on April 29th, a man named

5    Miguelito called her?

6    A    She didn't tell me.

7    Q    Do you know a man named Miguelito?

8    A    Yes.

9    Q    Would that be Mr. Miguel Santiago-Laiz?

10   A    Yes.

11   Q    Do you know Mr. Miguel Santiago-Laiz's daughter?

12   A    Yes.

13   Q    Is that Eliz Marie Santiago-Sierra?

14   A    Yes.

15   Q    And do you know Eliz Marie Santiago-Sierra since you were

16   a teenager?

17   A    Correct.

18   Q    Earlier you said that Mr. Verdejo had a relationship with

19   Keishla, correct?

20   A    Correct.

21   Q    And everybody knew about Keishla and Felix's relationship,

22   correct?

23   A    Who is "everybody" to you?

24   Q    Your friends?

25   A    The family.

```
 1    Q    And Ms. Eliz Santiago also knew about the relationship,
 2    right?
 3    A    I'm not aware whether she knew.
 4    Q    But this morning, you testified that you knew that Ms.
 5    Bereliz and Ms. Keishla went over to Eliz's apartment, correct?
 6    A    That's correct, months before the situation.
 7    Q    So we are talking about December of 2020 or January of
 8    2021?
 9    A    I'm not sure about the date.
10    Q    And during that visit that Bereliz and Keishla did to
11    Eliz, there was an argument, right?
12    A    I was not present there.
13    Q    This morning, while you were answering Counsel's
14    questions, do you remember stating that you knew about a day
15    that Keishla met Eliz, went to Eliz's house and had an
16    argument?
17         Do you remember saying that?
18    A    I remember, but I do not know whether it was an argument
19    or a conversation.
20    Q    Mr. Zabala, do you know if there is a video of this
21    meeting between these women?
22    A    Yes.
23    Q    There is a video of this encounter?
24    A    Yes.
25    Q    Have you seen the video?
```

1    A    I got to see it.

2    Q    Can you describe or mention who you saw in this video?

3    A    You could see Keishla Marlen, Bereliz, and if I'm not

4    mistaken, Eliz.

5    Q    And could you hear any voices in this video?

6    A    They could be heard, yes.

7    Q    Can you tell us whose voices did you hear?

8    A    Those are Keishla Marlen, Eliz Marie and Bereliz.

9    Q    And how could you tell it was their voices?

10   A    Because I know them.

11   Q    Now jumping a little bit forward to April 28th of 2021.

12   That was Wednesday.  This morning you testified that you were

13   at Villa Esperanza in Bereliz's apartment.

14            Do you remember this?

15   A    I remember.

16   Q    And you also said that Keishla went to the apartment and

17   told you that she was pregnant?

18   A    That's correct.

19   Q    And that you asked her if Mr. Felix Verdejo was the

20   father, correct?

21   A    Correct.

22   Q    And you also testified that she told you that she told

23   Verdejo, and that he reacted negatively?

24   A    I'm sorry.  What's the question?

25   Q    You also said that Keishla told you that she had told Mr.

1    Verdejo about the pregnancy, and his reaction was negative?

2    A    That's correct, and then it changed to positively from the

3    night to the morning.

4    Q    And when you say that it changed to positively, it's that

5    he wanted to have the baby with Keishla?

6    A    I am not aware.  I'm not inside his mind.

7    Q    Mr. Zabala, do you remember having met with federal agents

8    on May 10th of 2021?

9    A    I do not recall.

10    Q    Do you remember ever meeting with federal agents in 2021?

11    A    Yes.

12    Q    And you told federal agents that the morning after April

13    28th, Keishla told you that Verdejo had changed his mind about

14    the pregnancy and was positive about it?

15    A    That's correct.

16    Q    And you also told agents that Keishla told you that they

17    would have the baby, based on Mr. Verdejo's reaction?

18    A    No.  She was sure that she was going to have it with or

19    without his help.

20    Q    Mr. Zabala, my question is if you told federal agents that

21    Keishla said that Verdejo said that they would have the baby?

22    A    That's correct.

23    Q    Mr. Zabala, you were also -- you served as a matchmaker

24    between Ms. Keishla and Mr. Verdejo; is that right?

25    A    What do you mean a "matchmaker?"

1   Q    You were the cupid of that relationship?

2   A    You could say so, yes.

3   Q    So yes is your answer?

4   A    Yes.

5   Q    In fact, when Keishla and Verdejo would have a verbal

6   argument, you would even serve as a mediator?

7   A    That's correct.

8   Q    And the opposite is true, in relation to when you had a

9   verbal discussion with Ms. Bereliz, Verdejo would be a mediator

10  between you two?

11  A    That's false.  I am a man.  I do not need a broker.

12  Q    So you're saying here today that you have never had a

13  discussion with Bereliz after which Mr. Verdejo talked to you

14  in order to serve as a mediator between you two?

15       Is that your testimony here today?

16  A    That's correct.

17  Q    Mr. Zabala, as you previously stated that you were a

18  mediator between Keishla and Mr. Verdejo on occasion, that

19  means that -- I'm sorry, strike that.

20       You have previously testified that you would see Mr.

21  Verdejo and Keishla often, correct?

22  A    That's correct.

23  Q    And you spent plenty of time with them, correct?

24  A    What does "plenty of time" mean to you?

25  Q    A couple of hours a week.

```
 1    A    You could say so, yes.
 2    Q    More than one day a week?
 3         THE INTERPRETER:  I'm sorry, Counsel?
 4    BY MS. CINTRON-COLON:
 5    Q    More than one day a week?
 6    A    No.  Once a week.
 7    Q    For various hours?
 8    A    About several hours.
 9    Q    And this kept occurring for several years?
10    A    That's correct.
11    Q    And in all those years, you never witnessed any domestic
12    violence between Mr. Verdejo and Keishla?
13    A    That's correct.
14    Q    In fact, you never even witnessed any threats to Ms.
15    Keishla by Verdejo?
16    A    That's correct.
17    Q    Now, Mr. Zabala, jumping a little bit forward to April
18    30th of 2021.  You testified this morning that you were at
19    Bereliz's house with Ms. Keila Ortiz and Bereliz all day,
20    correct?
21    A    What day are we talking about?
22    Q    April 30th of 2021.  That was a Friday.
23    A    Yes, that's correct.
24    Q    And when I say "Keila Ortiz," this is Keishla and
25    Bereliz's mother, correct?
```

1  A    That's correct.

2  Q    And to -- and this morning, to Counsel's questions, you

3  said that Felix didn't call you that day to ask you about

4  Keishla.

5         Do you remember saying that?

6  A    Until May the 2nd.  He called me on May the 2nd.

7  Q    And you also said a name earlier, Marcelino.  Do you

8  remember saying that name?

9  A    That's correct.

10  Q    Would that be Mr. Marcelino Perez?

11  A    Correct.

12  Q    How many times did Mr. Marcelino call you on April 30th of

13  2021?

14         THE INTERPRETER:  I'm sorry, Counsel.  Can you repeat

15  the question?

16         MS. CINTRON-COLON:  Yes.

17  BY MS. CINTRON-COLON:

18  Q    How many times did Mr. Marcelino Perez call you on April

19  30th of 2021?

20  A    None.

21  Q    And how many times did Mr. Marcelino call you on May 1st

22  of 2021?

23  A    None.  He didn't have to call me.  He's not my friend.

24  Q    And when you say he's not your friend, does that mean that

25  for April -- I'm sorry -- that by April 30th and May 1st, you

```
 1    still considered Mr. Verdejo a friend?

 2    A    You could say so, until I spoke to him on May the 2nd.

 3    Q    Earlier this morning, you said that, by May 2nd, you

 4    believed that Mr. Verdejo was a suspect in the disappearance

 5    and unfortunate death of Ms. Keishla, right?

 6    A    In my opinion, yes.

 7    Q    But you don't know for a fact if -- scratch that.

 8              You also stated that, after that phone call, you

 9    believed that Mr. Verdejo was lying to you.

10              Do you remember that?

11    A    Correct.

12    Q    And that's also just your opinion?

13    A    That's my opinion.

14    Q    You do not know for a fact if what Mr. Verdejo told you

15    was true or not?

16    A    I'm not inside his mind.

17    Q    So your answer to my question is no, you do not know for a

18    fact?

19    A    No.

20    Q    Now, you stated that you believed Mr. Verdejo was a

21    suspect, without having any evidence to that effect, correct?

22    A    On that date, yes.

23    Q    You did not have any evidence about Mr. Verdejo's

24    involvement, as you suspected in that time, correct?

25    A    That's correct.  I do not work in the police, so as to
```

1    have evidence.

2    Q    But you also told the police, in one of your interviews,

3    that you believe Mr. Ricardo Cadiz was also involved in

4    Keishla's murder?

5    A    It's possible.  At that time, in my opinion, anybody was a

6    suspect.

7    Q    In fact, you also told police that that's why you believed

8    that Mr. Ricardo Cadiz was hiding?

9    A    That's false.  I never said that.  Where did you get that

10   from?

11   Q    Mr. Zabala, I'm going to please ask you that you limit

12   your answers to the questions.

13        You remember, previously you stated that you do

14   remember being interviewed by federal agents sometime in 2021,

15   correct?

16   A    That's correct.

17   Q    And during that interview, you told law enforcement

18   agents, federal agents, that you had seen -- I'm sorry -- that

19   you believed that Mr. Ricardo Cadiz was in hiding during those

20   interviews?

21   A    That's false.  I never talked about Cadiz because I do not

22   know him.

23   Q    Mr. Zabala, during your interview in 2021, FBI agent

24   Lorenzo Vilanova was present.

25        Do you remember that?

```
1    A    I do not remember.

2    Q    Mr. Zabala, do you recognize any of the agents that were

3    in those interviews with you here today in court?

4    A    Yes, some; not all of them.

5    Q    Would one of those be sitting behind the prosecution's

6    table?

7    A    That's correct.

8    Q    Would the gentleman with the black blazer be the agent

9    that was present in your interview?

10   A    That's correct.

11   Q    And in the interview with this agent, who is Agent Lorenzo

12   Vilanova, you stated that you had seen a picture of Mr. Luis

13   Cadiz and Ricardo Cadiz?

14   A    In social media, yes, I saw a picture.

15   Q    And, subsequently, you told the agents that you believed

16   that Ricardo Cadiz was in hiding?

17             THE INTERPRETER:  I'm sorry, Counsel.  Did you say

18   Luis or Ricardo?

19             MS. CINTRON-COLON:  Ricardo.

20             THE WITNESS:  I never said that.

21   BY MS. CINTRON-COLON:

22   Q    And Ricardo Cadiz, you believe, is the brother of Luis

23   Cadiz, correct?

24   A    I'm not aware because I do not know them.

25   Q    Do you know the name of the codefendant, of Mr. Verdejo's
```

```
 1    codefendant in this case, Mr. Zabala?

 2    A    Now I do know.

 3    Q    Is that name Luis Cadiz-Martinez?

 4    A    I believe so.

 5    Q    Going back to your interview with the agents, Mr. Zabala.

 6    Do you recall seeing any of the agents taking notes during your

 7    interview?

 8    A    Yes.

 9    Q    And I ask you, Mr. Zabala, did you review those notes

10    after your interview?

11    A    No.

12    Q    Did you use any document to prepare for today's testimony?

13    A    No.

14    Q    In preparation for your testimony in this trial, do you

15    review any document, photograph or report?

16    A    No.

17    Q    How did you prepare for today's testimony?

18    A    I got up; I had a coffee; I listened to music, and I came

19    here.

20    Q    Mr. Zabala, did you meet with the prosecution a couple of

21    months before today?

22    A    There were meetings, yes.

23    Q    And during that meeting, Agent Vilanova was also present,

24    correct?

25    A    Who is Vilanova?
```

1    Q    The gentleman in the black blazer that you talked to.

2              MR. GOTTFRIED:  Objection, Your Honor.  She's

3    testifying.

4              THE COURT:  Overruled.

5    BY MS. CINTRON-COLON:

6    Q    That you mentioned earlier that you recognized.

7    A    Is his name Lorenzo?

8    Q    Yes, sir.

9    A    Yes.

10   Q    During that meeting -- do you remember if that meeting was

11   in June of this year?

12   A    Yes.

13   Q    And during that meeting with the prosecutors in which

14   Agent Vilanova was also present, did you see any of the

15   prosecutors or the agents taking notes of your interview?

16   A    No.

17   Q    During that meeting, did you discuss today's testimony?

18   A    No.

19   Q    You did not prepare for today's testimony during that

20   meeting?

21   A    No.  Because in order to tell the truth, I do not have to

22   prepare myself.

23   Q    Do you remember what you did talk about during that

24   meeting?

25   A    No.

```
1   Q    Mr. Zabala, do you remember telling agents in one of your

2   meetings that the codefendant's brother had dreadlocks?

3   A    No.

4   Q    And you previously -- correct me if I'm wrong.  You

5   previously stated that by May of 2021, you believed anyone

6   could be a suspect?

7   A    That's correct.

8   Q    Mr. Zabala, going a little bit back, and in general, you

9   had previously stated that you worked sometimes as a mediator

10  between Keishla and Felix when they had discussions, right?

11  A    That's correct.

12  Q    And, in fact, you even promoted their relationship?

13  A    That's correct.

14  Q    Even sometimes after Mr. Verdejo told Keishla that he

15  wanted to cut off the relationship, you intervened to have them

16  communicate with each other so that they would get back

17  together?

18  A    Can you please repeat the question?

19  Q    Sure.  On occasions, Felix Verdejo had told Keishla that

20  he wanted to break off the relationship.

21       Do you remember that?

22  A    No, I do not recall.

23  Q    And -- but they did sometimes break up, correct?

24  A    That's correct.

25  Q    That means that they did not have a steady, complete
```

1   relationship for many years?

2   A    They are the ones who know.  They were the ones in the

3   relationship.

4   Q    But I thought you were very close with both of them, and

5   you acted as a mediator and cupid; is that right?

6   A    That's correct.

7   Q    And when, on some occasions, when they had broken up, you

8   even promoted that they get back together.  You facilitated the

9   relationship so that they could get back together, correct?

10  A    I facilitated the communication.  Whether or not they got

11  back together, that's their business.

12  Q    So you facilitated the communication because you did want

13  them to get back together, right?

14  A    It didn't matter to me whether they got back together or

15  not.  It was a favor for both parties.

16  Q    And it's also true that Mr. Verdejo helped Keishla by

17  giving her money sometimes?

18  A    I'm not aware.

19  Q    Mr. Zabala, in your, during your May of 2021 interview,

20  did you tell agents that Mr. Verdejo gave Keishla money every

21  two or three months?

22  A    I'm not aware.  I do not recall.

23  Q    And do you recall telling agents during your May of 2021

24  interviews that you knew this, that you knew that Mr. Verdejo

25  would give her money because Keishla and Bereliz would tell you

1    about this?

2    A    I do not recall having said that.

3    Q    Mr. Zabala, let's jump a little bit forward, or backwards,

4    to May 2nd of 2021.  You testified this morning that on Sunday,

5    May 2nd of 2021, you were in the car with who you identified as

6    Tony and Bereliz, correct?

7    A    That's correct.

8    Q    And Tony, you had said, was Keishla and Bereliz's father,

9    right?

10    A    That's correct.

11    Q    And Tony's real name is Mr. Jose Antonio Rodriguez-Reyes,

12    correct?

13    A    I believe so.

14    Q    Mr. Zabala, you also testified that on that day, while you

15    were in the car with Mr. Rodriguez and Ms. Bereliz, that you

16    received a phone call from Mr. Verdejo, correct?

17    A    Correct.

18    Q    And that you hung up, and then you sent a message to a

19    police officer named Omayra?

20    A    Correct.

21    Q    So by May 2nd of 2021, you were already in communication

22    with the Puerto Rico Police, right?

23    A    Correct.

24    Q    So you were cooperating with the police?

25    A    Cooperating, no.  I do not believe that's the correct

1    word.

2    Q    But, in fact, you sent the text messages to this Police

3    Officer Omayra and informed her that Verdejo had called you,

4    right?

5    A    Correct.

6    Q    And she instructed you to call him and ask him why he was

7    calling you?

8    A    Can you please repeat the question?

9    Q    After you sent that message to Police Officer Omayra, she

10   called you and instructed you to call Mr. Verdejo to see what

11   he -- why he was calling you?

12   A    Correct.

13   Q    And you told Police Officer Omayra that you were going to

14   record the phone call so that you would send it to her?

15   A    Correct.

16   Q    So it was your idea to record the phone call?

17   A    Correct.

18   Q    Because you wanted to be cooperative with the police?

19   A    No.  I only wanted for the truth about my sister-in-law to

20   be known.

21   Q    And, in fact, after you had this -- during the

22   conversation with Mr. Verdejo, where you called afterwards, you

23   put the, your cell phone on speaker, and the call was actually

24   recorded?

25   A    My wife, Bereliz, is the one who recorded it.

1    Q    Correct.  So the answer is yes, the phone call was

2    recorded?

3    A    Bereliz recorded it.

4    Q    So the answer is yes, the phone call was recorded?

5    A    That's correct.  Bereliz recorded it.

6    Q    Regardless of who recorded it, the point is, and your

7    answer is, that yes, it was recorded, correct?

8              MS. COLLAZO-ORTIZ:  Asked and answered, Your Honor.

9              THE COURT:  Overruled.

10             THE WITNESS:  The call was recorded.  You saw it.

11   BY MS. CINTRON-COLON:

12   Q    In fact, everybody in the jury here saw a couple of short

13   videos about that phone call, correct?

14   A    That's correct.  We all saw it.

15   Q    But we did not see the entire conversation, correct?

16   A    Correct.

17   Q    We only saw a couple of seconds of that conversation,

18   right?

19   A    Parts of the conversation.

20   Q    And that was a conversation that was longer than six

21   minutes, correct?

22   A    I do not recall how long was the call.

23   Q    If you could give us an estimate, would you say it was a

24   few minutes long?

25   A    I cannot give you an estimate because I will not

 1    speculate.

 2                MS. CINTRON-COLON:  May I have a second, Your Honor?

 3                THE COURT:  Yes.

 4                MS. CINTRON-COLON:  Your Honor, we'd like to play

 5    Exhibit 15D.  However, we do not have the marked exhibit.  I

 6    don't know if the Court would allow us, or if the prosecutor

 7    would be so helpful as to play Exhibit 15D?

 8                THE COURT:  She's asking for 15B?

 9                MS. CINTRON-COLON:  15D, as in "delta."

10                THE COURT:  15D, as in "delta."

11                MR. GOTTFRIED:  Thank you.

12                THE COURT:  Check with her --

13                MS. CINTRON-COLON:  Yes, Your Honor.

14                THE COURT:  -- to make sure you've got what you have

15    in mind.

16                MS. CINTRON-COLON:  Yes, sir, I will.

17                Your Honor, for the record, we would like to play

18    what has been previously admitted as Government's Exhibit 15D,

19    as in "delta," during the last two seconds of the recording.

20    That would be it.

21    BY MS. CINTRON-COLON:

22    Q    Mr. Zabala, can you please look at the screen in front of

23    you?

24        (Video played.)

25                MS. CINTRON-COLON:  For the record, Government's

1    Exhibit 15D is being displayed for the witness and the jury.

2    BY MS. CINTRON-COLON:

3    Q    Mr. Zabala, is this you in this video?

4    A    You can see nothing here.

5    Q    Do you have a tattoo on your right arm?

6         I'm sorry.  Your screen, you can't see?

7    A         That's correct.

8         MS. CINTRON-COLON:  Your Honor, I think the witness

9    doesn't have the monitor.

10        THE COURT:  Wait, wait, wait.  Let me hear from the

11   interpreter.

12        THE INTERPRETER:  The interpreter was asking the

13   witness to repeat what he was saying.  The witness was saying:

14   "Do you want to see it?"

15        THE COURT:  Okay.  Let's do this.  Ma'am, ask the

16   question again.

17        MS. CINTRON-COLON:  Sure.  No problem.

18   (Video played.)

19   BY MS. CINTRON-COLON:

20   Q    Mr. Zabala, do you see an image in the screen in front of

21   you right now?

22   A    That's correct.

23   Q    Is the person in that, the screen in front of you, is that

24   you?

25   A    That's correct.

1    Q    And we can also see a cell phone, right?

2    A    That's correct.

3    Q    And in that image, we can see that, we can see the phone

4    call duration in that still image, correct?

5         THE INTERPRETER:  The interpreter requests

6    repetition.

7    BY MS. CINTRON-COLON:

8    Q    We can see in this image, in the phone, per se, the phone

9    call's duration?

10   A    I can't quite see it.

11   Q    Would you agree with me that it says about six minutes?

12   A    I'm not sure.  It's not clear.

13   Q    Mr. Zabala, the truth is that there is a lot of

14   conversation that occurred during that phone call that we have

15   not heard here today, correct?

16   A    There are parts that you haven't heard.  That's correct.

17   Q    Would you say the majority of the conversation was not

18   heard here today?

19   A    I wouldn't know whether to tell you if it was most of it

20   or half of it.

21        MS. CINTRON-COLON:  May I have one second, Your

22   Honor?

23        THE COURT:  Yes.

24        MS. CINTRON-COLON:  I have no more questions, Your

25   Honor.

```
 1                    THE COURT:  All right.

 2                    MS. COLLAZO-ORTIZ:  We have no redirect, Your Honor.

 3                    THE COURT:  You what?

 4                    MS. COLLAZO-ORTIZ:  We have no redirect.

 5                    THE COURT:  Okay.  I do not have questions for the

 6       witness.

 7                    Mr. Zabala, thank you for your testimony.  You are

 8       free to go.

 9                    THE WITNESS:  You're welcome.

10          (Witness excused.)

11                    MR. GOTTFRIED:  Your Honor, may we call our next

12       witness?

13                    THE COURT:  Yes.

14                    MR. GOTTFRIED:  The government calls Amanda Colon.

15                    THE COURTROOM DEPUTY CLERK:  Ms. Colon, please raise

16       your right hand.

17          (Witness sworn.)

18                    THE COURTROOM DEPUTY CLERK:  So help you God.  Please

19       take a seat.

20                    MR. GOTTFRIED:  May it please the Court?

21                    THE COURT:  Go ahead.

22                         AMANDA COLON-NIEVES,

23             called as a witness on behalf of the Plaintiff,

24                 having been previously duly sworn,

25                 was examined and testified as follows:
```

```
 1                    DIRECT EXAMINATION
 2   BY MR. GOTTFRIED:
 3   Q     Good morning, ma'am.
 4              THE COURT:  Afternoon.
 5              MR. GOTTFRIED:  Afternoon rather.
 6              THE WITNESS:  Good afternoon.
 7   BY MR. GOTTFRIED:
 8   Q     Can you please tell the members of the jury your name?
 9   A     My name is Amanda Anais Colon-Nieves.
10   Q     And can you please tell the members of the jury a little
11   bit about yourself, such as your age and where you were born,
12   where you grew up?
13   A     I am 28 years of age.  I was born in San Juan, Puerto
14   Rico.  I have a Bachelor's Degree from the University of Puerto
15   Rico, in Journalism, and I have a Master's Degree from the Ana
16   G. Mendez University, in Business Management, with a Major in
17   Management.
18   Q     And what kind of work do you do?
19   A     I work as a monitor of federal funds.
20   Q     Which high school did you attend?
21   A     I attended the Sports School of the Municipality of San
22   Juan.
23   Q     And while you were in high school, what sport, if any, did
24   you play?
25   A     I practiced Taekwondo.  I'm a black belt.
```

1    Q    And I'm sorry.  Where did you say that you grew up?

2    A    In San Juan.  Specifically, in Cupey.

3    Q    Do you know Felix Verdejo?

4    A    Yes.

5    Q    How?

6    A    We were neighbors at Antigua Via.

7    Q    And, approximately, how old were you when you first met

8    Mr. Felix Verdejo?

9    A    14.

10   Q    And do you recall around what year you first met Mr. Felix

11   Verdejo?

12   A    No.

13   Q    Do you see Mr. Felix Verdejo here in court today?

14   A    Yes.

15   Q    And can you please indicate where he is sitting and what

16   he is wearing?

17   A    He is sitting to my right, and he is wearing a navy blue

18   shirt.

19        MR. GOTTFRIED:  Your Honor, may the record reflect

20   that the witness has identified the defendant?

21        THE COURT:  The record will so reflect.

22   BY MR. GOTTFRIED:

23   Q    Now, is Mr. Verdejo older, younger or the same age as you?

24   A    He's older.

25   Q    By, approximately, how many years?

1   A    Two years.

2   Q    And can you please describe your relationship back then

3   with Mr. Verdejo?

4   A    We had a romantic relationship.

5   Q    For how many years?

6   A    Four years.

7   Q    And can you please describe in more detail kind of what

8   kind of relationship you had with Mr. Verdejo?

9   A    The four years, Felix Verdejo was my neighbor.  We would

10  see each other every Friday when he came out of his school back

11  then at the Albergue Olimpico.  We would see each other at his

12  house or my house.  And besides our relationship, I also did

13  his homework so that he could pass the classes while he focused

14  on boxing.

15  Q    And what kinds of things did you do in public with Mr.

16  Verdejo?

17  A    We did not do anything in public.

18  Q    And did you understand that Mr. Verdejo was only dating

19  you during that timeframe?

20              MS. CINTRON-COLON:  Objection, Your Honor, under 401.

21              THE COURT:  Overruled.

22              THE WITNESS:  Felix Verdejo dated other people.

23  BY MR. GOTTFRIED:

24  Q    Now, based on what Mr. Verdejo told you, what did you

25  understand was happening with Mr. Verdejo's boxing career while

1    you were dating him?

2              THE COURT:  Don't answer.

3              You may answer, ma'am.

4              Ask the question again.

5    BY MR. GOTTFRIED:

6    Q    Based on what Mr. Verdejo told you, what did you

7    understand was happening with his boxing career during the time

8    when you were dating him?

9    A    Could you please be more specific?

10   Q    Sure.  What, if anything, did you know about Mr. Verdejo's

11   boxing career, based on what Mr. Verdejo told you?

12   A    His boxing career was a career that was going very well.

13   He was truly a very good prospect.  He was -- his career was

14   going very well.  It was a fruitful career.

15             Among the things that he told me was his desire to go

16   to the Olympics, which he accomplished.  And in addition to

17   that, his big desire to be like Mayweather, things like that.

18   Q    What, if any, physical aggression did Mr. Verdejo show

19   towards you during your relationship with him?

20             MS. CINTRON-COLON:  Objection, Your Honor.

21             MR. GONZALEZ-DELGADO:  Under 405, 404(a) and 405.

22             THE COURT:  Overruled.

23             THE WITNESS:  When I was 15, we were at Mr. Verdejo's

24   house, and we were having relations.  And when we finished, our

25   houses are two-story houses, and I went down the stairs.  And

1    when I exited the property, Mr. Verdejo came out after me

2    completely naked.

3    BY MR. GOTTFRIED:

4    Q    What happened next?

5              MR. GONZALEZ-DELGADO:  Objection under 401, Your

6    Honor.

7              THE COURT:  Overruled.

8              THE WITNESS:  I told him:  Listen, you have to go

9    back in, because the neighbors are going to see us, and I moved

10   him towards the back of the, the part in the back of the

11   kitchen of the house.  When we were in the kitchen, he slapped

12   me on my face.

13   BY MR. GOTTFRIED:

14   Q    Were there any other incidents of physical aggression by

15   Mr. Verdejo towards you during your relation?

16   A    The only other abuse that I can describe that I can

17   recall, we were at my house, and we were talking about -- I

18   don't remember what about.  And he was eating a cake that I had

19   given him, and he spat on my face.

20             MR. GONZALEZ-DELGADO:  Objection under 403 and

21   404(a)(1).

22             THE COURT:  Overruled.

23   BY MR. GOTTFRIED:

24   Q    What happened in 2013, around 2013, in your relationship

25   with Mr. Verdejo?

```
 1    A    In January of 2013, I thought I was pregnant by Mr.
 2    Verdejo.
 3    Q    And how did you know that it was Mr. Verdejo's child?
 4              MS. COLLAZO-ORTIZ:  Your Honor, if I may object to
 5    the interpretation.
 6              THE COURT:  What?
 7              MS. COLLAZO-ORTIZ:  If I may object to the
 8    interpretation.  She said, "I found out," not "I thought."
 9              THE COURT:  Let's do this.  Ask the question again,
10    and she will answer again.
11    BY MR. GOTTFRIED:
12    Q    Ma'am, around 2013, what happened in your relationship
13    with Mr. Verdejo?
14    A    In January of 2013, I learned that I was pregnant by Mr.
15    Verdejo.
16    Q    And how did you know that it was Mr. Verdejo's child?
17    A    He was the only person that I was with at the time.
18    Q    And did you, in fact, tell Mr. Verdejo about the fact that
19    you were pregnant?
20    A    That's correct.
21    Q    How?
22    A    I called him.
23    Q    And what, if anything, did he say during that phone call?
24    A    During that first phone call, there were many people
25    present, and we couldn't talk.  What he told me was that he
```

1    would call me back later.

2    Q    And did Mr. Verdejo, in fact, call you back?

3    A    That's correct.

4    Q    And what, if anything, did Mr. Verdejo tell you when he

5    called you back?

6    A    He asked me what I was going to do.

7    Q    And how did he sound?

8    A    He was, like, surprised.

9         MR. GONZALEZ-DELGADO:  Objection, Your Honor.  May we

10   approach?

11       (Sidebar conference commenced.)

12        MR. GONZALEZ-DELGADO:  I want to put this on the

13   record.  May I?

14        I'm objecting under Rule 404(b).  Rule 404(b)(1)

15   says:  Reflects the revert and longstanding policy that an

16   accused is tried for what he did, not who he is.

17        *U.S. versus Caldwell*, 760 F.3d 267 at 276, Third

18   Circuit, 2014:  Permitting the introduction of other crimes

19   evidence, particularly in a criminal case, poses the danger

20   that the jury will view it as reflecting on the party's

21   character and reach a verdict because it has concluded that the

22   party is a bad person deserving of punishment.

23        *U.S. versus Linares*, 367 F.3d 941 at 945, '46, D.C.

24   Circuit 2004:  The First Circuit has said that evidence may

25   still be excluded if its probative value is substantially

1    outweighed by the danger of unfair prejudice.

2             *U.S. versus Lopez-Cotto*, 884 F.3d 1 at 13.  It's a

3    First Circuit Case, 2018, and under 403, Your Honor.

4             THE COURT:  Mr. Gottfried?

5             MR. GOTTFRIED:  Your Honor, we will stand by our, the

6    motion in limine that we filed.

7             THE COURT:  Argue.

8             MR. GOTTFRIED:  Yes, Your Honor.  In this case, Your

9    Honor, we are --

10    (Sidebar conference concluded.)

11             THE COURT:  Members of the public, we are in sidebar,

12    but we're in trial.  You cannot speak.  If you are going to be

13    in the courtroom, if you want to speak, you need to get out of

14    the courtroom.  Otherwise, the reporter will confront

15    difficulties securing an accurate transcript of what is being

16    said.  So I will ask you the following:

17             If you need to speak, please get out of the

18    courtroom.  Once you speak, you may get back into the

19    courtroom.  Thank you.

20    (Sidebar conference commenced.)

21             THE COURT:  Okay.  Argue.

22             MR. GOTTFRIED:  Yes, Your Honor.

23             This goes to Mr. Verdejo's motive and intent for the

24    murder of Keishla Rodriguez.  This witness, we can proffer to

25    the Court, will explain that Mr. Verdejo pressured her to have

1    an abortion for two reasons:  One, because of his career and

2    concerns about the effect that the child with this woman would

3    have on his career; and, two, because of his relationship with

4    Eliz, who, at that time, he had begun a relationship with.

5              Those are the same reasons that he was pressuring Ms.

6    Keishla Rodriguez also to have an abortion, for the exact same

7    woman, for Eliz, to stay in that relationship; and, likewise,

8    for the exact same career:  the boxing career.  So this goes to

9    Mr. Verdejo's motive and intent for murdering Keishla

10   Rodriguez.

11             THE COURT:  I understand.  How about the first part?

12             MR. GOTTFRIED:  Which first part, Your Honor?

13             THE COURT:  Which is the slap on the face and when

14   he, according to her, spat --

15             MR. GOTTFRIED:  Yeah.

16             THE COURT:  -- when he was eating a cake.

17             MR. GOTTFRIED:  So that's the context of the

18   relationship, which explains why Mr. Verdejo pressured her to

19   have an abortion.  She felt the way she did in response to

20   that.

21             If this were a relationship of absolute respect, of

22   flowers and wine, it would have been one thing if he had made

23   that request, but given the context of the relationship, mainly

24   intimidation and one where, essentially, he was using her, that

25   places his pressure on her to have an abortion in context.

1          MR. GONZALEZ-DELGADO:  Your Honor, this was 10 years

2     prior.  He was 14, 15 years old.  And the problem is that Ms.

3     Bereliz Ortiz testified that while, for the 10 years that Mr.

4     Verdejo was with her sister, she never observed a domestic

5     violence issue with Mr. Verdejo.

6          And today, Machito, Mr. Junior Zabala, said that he

7     never heard Mr. Verdejo threaten Ms. Keishla Rodriguez-Ortiz,

8     and that he never witnessed a domestic violence issue between

9     them.  So this would only be to prove character.

10          THE COURT:  Go ahead.

11          MR. GOTTFRIED:  And, again, this is not, we're not

12     using it to prove that Mr. Verdejo committed acts of violence

13     against this woman; therefore, he committed acts of violence

14     again Keishla.  It's to put in context this witness's statement

15     that, what we will proffer to the Court, that she felt

16     pressured to have an abortion by Mr. Verdejo.

17          And in order to understand that and evaluate her

18     credibility, they have to understand the details of the

19     relationship.

20          THE COURT:  I understand the arguments.  Objection

21     overruled.

22          Your point is preserved.

23          MR. GONZALEZ-DELGADO:  Thank you, Your Honor.

24     (Sidebar conference concluded.)

25          MR. GOTTFRIED:  May it please the Court?

```
 1                THE COURT:  Go ahead.
 2    BY MR. GOTTFRIED:
 3    Q    Sir -- ma'am, did Mr. Verdejo eventually call you back?
 4    A    That's correct.
 5    Q    And what, if anything, did he say during that phone call?
 6    A    When he called me and I gave him the news that I was
 7    pregnant, he asked me:  What are you going to do?  And I
 8    responded:  What do you mean what am I going to do?  I'm going
 9    to have it.
10    Q    What, if anything, did he say then?
11    A    He answered:  What do you mean you're going to have it?
12    You cannot have it.
13    Q    And what else, if anything, did he say?
14    A    He made reference to how that would affect him in his
15    boxing:  You have to think about my boxing; you know I have a
16    girlfriend; you're crazy; you're not going to have it.
17    Q    And do you know which girlfriend he was referring to at
18    that time?
19    A    Yes.
20    Q    Who?
21    A    Eliz Marie Sierra.
22    Q    Okay.  What else, if anything, did Mr. Verdejo tell you
23    during that phone call?
24    A    During that phone call, I hung up on him.
25    Q    Okay.  When did you speak with Mr. Verdejo again after
```

1    that?

2    A    The next day, we talked over the phone again.

3    Q    And what, if anything, did Mr. Verdejo tell you at that

4    time?

5    A    He was very upset, and he told me that I had to abort my

6    baby.

7    Q    Okay.  What did you say?

8    A    I said:  No, I'm not going to abort it.  And he said:

9    Yes, you are going to abort it, and I am going to give you $300

10   so that you do it.

11   Q    And what else, if anything, did Mr. Verdejo say during

12   that conversation?

13   A    We started arguing that I couldn't have it; that it was

14   going to affect him a lot in his career; that he had just

15   signed a contract; that I had to think about it; that I could

16   not have it.  Everything was based on the fact that I couldn't

17   have it; that I had to abort.

18   Q    Anything else that he said during the phone call?

19   A    That phone call, we hung up again, and the next day he

20   called me back.

21   Q    Okay.  And what, if anything, was discussed during that

22   next phone call?

23   A    During that phone call, he started changing his technique

24   --

25                THE INTERPRETER:  Correction.  The interpreter's

1   going to start from the top.

2              THE WITNESS:  During that phone call, he changed his

3   technique, and he started to tell me how having the baby would

4   affect my professional career.

5   BY MR. GOTTFRIED:

6   Q    What did you respond, if anything, to that?

7   A    Basically, during that conversation, it was, he talking to

8   me that I was very young; that I had to study; that I had to go

9   to university.

10             And I responded to him that that was no problem; that

11  I could solve the situation; that he didn't have to take care

12  of him; that I was going to take care of it, but that I was

13  going to have the baby.

14             And he became angry again, and we hung up.

15  Q    Now, did you, in fact, get a blood test for the pregnancy?

16  A    That's correct.

17  Q    Okay.  Who, if anyone, accompanied you?

18  A    His sister accompanied me:  Yashira Verdejo.

19  Q    And why did you understand that his sister was

20  accompanying you?

21             MS. CINTRON-COLON:  Objection, Your Honor, calls for

22  speculation and state of mind.

23             THE COURT:  Overruled.

24             THE WITNESS:  At the time, she was the only relative

25  of Mr. Verdejo's that was aware that I was pregnant, and she

1    was going to accompany me to confirm to Mr. Verdejo that, in

2    fact, I was pregnant and that it was not a false positive.

3    BY MR. GOTTFRIED:

4    Q    When did you next see Mr. Verdejo?

5    A    The next time that I saw him was when I went to the house

6    to pick up the $300 to perform the abortion.

7    Q    Did you, in fact, use that $300 at that time to have an

8    abortion?

9    A    No.  My plan was always to continue with the pregnancy.  I

10   used the $300 to go to a gynecologist directly.

11   Q    When did you next speak with Mr. Verdejo?

12   A    Several weeks passed by until he found out that I had not

13   had the abortion, and he called me super mad asking me why I

14   had not performed the abortion and where was his money.

15   Q    What else, if anything, did he tell you?

16   A    He started to humiliate me.  He said that I was a pig;

17   that I was filthy; that I was ugly; that he was never going to

18   have a child with me; that he felt disgusted by me; that, that

19   I could never compare to his girlfriend because his girlfriend

20   was a model; and that there would never be a man in the world

21   that would want to have a child with me because the child would

22   be ugly; that he was ashamed that he had been with me, and that

23   my pregnancy was a punishment for him.

24   Q    And when he was referring to his girlfriend, whom did you

25   understand that he was referring to at that time?

1    A    To Eliz Marie.

2    Q    Did you, in fact, have the baby?

3    A    No.

4    Q    Why not?

5    A    I'm sorry.  My mom always has a birthday party for me, and

6    I waited until after my birthday to tell my mom that I was

7    pregnant.  That was my eighteenth birthday.  When I told her

8    that I was pregnant, she told me that we had to speak to Mr.

9    Verdejo's mother.

10           And, in fact, I called her.  And I invited her to my

11   house to talk, and I gave her the news that I was pregnant by

12   her son.  When she came in and I told her, I'm pregnant by your

13   son, she told me that Felix had told her that it had been a

14   long time since we had had sexual relations and that it wasn't

15   possible for that child to be his.

16           MR. GONZALEZ-DELGADO:  Move to strike anything that

17   Mr. Verdejo's mother might have said, Your Honor, as hearsay.

18           THE COURT:  Overruled.

19           MR. GOTTFRIED:  Is the interpretation finished?

20           THE INTERPRETER:  Yes.

21   BY MR. GOTTFRIED:

22   Q    What happened next?

23   A    I showed her the text messages between me and Mr. Verdejo

24   where he was talking about the baby, and she understood then

25   that, in fact, because of the way that he was talking, that the

```
 1    baby was his, and because of the insistence that I had to abort
 2    it.
 3              MR. GONZALEZ-DELGADO:  Objection under 401, 403.
 4    It's hearsay, and move to strike anything that Mr. Verdejo's
 5    mother might have said.
 6              THE COURT:  Overruled.
 7    BY MR. GOTTFRIED:
 8    Q    And can you please continue explaining how you decided to
 9    have the abortion?
10    A    In addition to that, I showed her my sonogram from my
11    gynecologist, and the conversation ended -- or the conclusion
12    of the conversation was that, in fact, I was going to have the
13    baby, and that upon the baby's birth, we were going to perform
14    a DNA test on the baby to confirm that, in fact, the baby was
15    Felix Verdejo's.
16    Q    And why was that plan changed?
17    A    My mom woke me up one morning, and she told me that I had
18    to abort; that she did not want me to be one more statistic.
19              MR. GONZALEZ-DELGADO:  Objection under hearsay, Your
20    Honor.
21              THE COURT:  Overruled.
22    BY MR. GOTTFRIED:
23    Q    And can you please continue explaining why you changed
24    plans and decided to have the abortion?
25    A    When she talked about statistics, what she meant was being
```

1    a single mother without studies, raising a child with an absent

2    father.

3                MR. GONZALEZ-DELGADO:  Objection under hearsay, and

4    it's speculation and calls for state of mind of a witness that

5    has not been announced in this trial, Your Honor.

6                THE COURT:  Overruled.

7    BY MR. GOTTFRIED:

8    Q    Ma'am, can you please continue explaining why you decided

9    to have the abortion?

10   A    And that she didn't want me to have the child of a person

11   that treated me like a slut.

12               MR. GONZALEZ-DELGADO:  Objection under 401, 403,

13   hearsay of a witness that has not been announced by the

14   government as -- the witness, I'm sorry.

15               THE COURT:  Overruled.

16   BY MR. GOTTFRIED:

17   Q    Please continue to explain, ma'am.

18   A    At that point, I felt super bad, super sad.  I always, to

19   date, regret many times not having my baby.  But I did not have

20   the courage, nor did I dare to say no to my mother because my

21   mother was right.

22               That day, we went to the clinic, and I had the

23   abortion.  And that was the most horrible day of my life.

24   Q    And after having the abortion, did you see Mr. Verdejo

25   again?

```
 1    A     Months later, I can't recall exactly how many months, I
 2   received a message from Mr. Verdejo inviting me to meet again.
 3    Q     And what happened?
 4    A     We met.
 5    Q     Where did you see each other?
 6    A     He picked me up at my house.
 7    Q     What happened?
 8    A     I boarded his vehicle, and we left in his vehicle.
 9    Q     And why did you agree to meet Mr. Verdejo again?
10          THE INTERPRETER:  I'm sorry, Counsel?
11   BY MR. GOTTFRIED:
12    Q     Why did you agree to meet Mr. Verdejo after the abortion?
13    A     I was really very much in love with him.  I was super
14   illusioned, and somehow I had the hope that it would work out.
15   And I was really very illusioned, and I missed him very much.
16    Q     And what, if anything, happened once you got into his car?
17    A     When we left, we went around, and we ended up at a motel.
18   When I saw that it was a motel, I said:  Turn around; we're not
19   going to have sex.
20          MR. GONZALEZ-DELGADO:  Objection under 401.  This is
21   after any fact.
22          THE COURT:  Overruled.
23   BY MR. GOTTFRIED:
24    Q     What happened next?
25    A     He, in fact, turned around, and I showed him the sonogram
```

1    of the baby, and he showed zero interest in that.

2    Q    What happened after that?

3    A    After that, we went to my house.  He dropped me off, and

4    we didn't have any communication, any further communication.

5    Q    Okay.  And after that incident, did you see Mr. Verdejo

6    again?

7    A    I saw him many times.  We were neighbors.  It was

8    impossible not to see him.  But we had no communication.  We

9    had no type of approach.  He grossed me out.

10    Q    Did you ever receive any messages from Mr. Verdejo after

11    that?

12    A    That's correct, two years later.

13    Q    What, if anything, did Mr. Verdejo communicate to you?

14                MR. GONZALEZ-DELGADO:  Objection under 401 and 403,

15    Your Honor.

16                THE COURT:  Overruled.

17                THE WITNESS:  I received a message from a strange

18    phone that said:  Hi, do you want to play Play Station?

19    BY MR. GOTTFRIED:

20    Q    I'm sorry.  Go ahead.

21    A    Play Station.  Play Station was the phrase that we used to

22    have relations.

23    Q    And what, if anything, was communicated during that

24    conversation?

25    A    Nothing was communicated.  That was the last that I heard

1    of him.

2    Q    And how many phone numbers did Mr. Verdejo have when you

3    were going out with him?

4    A    He had many.  He changed it frequently.

5    Q    Did Mr. Verdejo ever mention to you a woman named Keishla?

6    A    Yes.

7    Q    What, if anything, did he tell you about her?

8    A    I learned about Keishla.  I didn't learn about Keishla

9    from him.  I learned about Keishla from a friend in common that

10   we had, a friend that I studied with.

11   Q    Okay.

12   A    I went to this friend, and I told him that I was in a

13   relationship with Felix.  And the friend told me:  Well, that's

14   weird because he is in a relationship with Marlen.  "Marlen"

15   being Keishla.

16              MR. GONZALEZ-DELGADO:  Objection, Your Honor.  This

17   is hearsay.  This is another witness that we do not know the

18   name of the person, and he is not announced as a witness in

19   this trial.

20              THE COURT:  Overruled.

21   BY MR. GOTTFRIED:

22   Q    And then what happened?

23   A    I got very anxious, and I went to ask Felix:  Who the hell

24   is Marlen?  And he answered:  Oh, that's just a slut from the

25   project; yes, I was with her, but I don't care about her.

```
 1              MR. GONZALEZ-DELGADO:  Objection under 401 and 403,
 2    Your Honor.
 3              THE COURT:  Overruled.
 4              MR. GOTTFRIED:  No further questions, Your Honor.
 5              MS. CINTRON-COLON:  May I have a minute before cross,
 6    Your Honor?
 7              THE COURT:  Yes.
 8              MS. CINTRON-COLON:  Thank you.
 9              THE COURT:  Ladies and gentlemen, at this point,
10    let's take a 10, 15-minute break.  Remember, do not talk about
11    or communicate with anybody about your impressions of the case
12    or the evidence in the case.  Do not view, read or hear
13    reports, comments or articles about the case.  Do not conduct
14    any research about the case, the matters in the case or the
15    individuals involved in the case.
16              I look forward to seeing you all back in the
17    courtroom in about 10 or 15 minutes.
18         (Whereupon the following proceedings were had in open court
19            without the presence of the jury.)
20              THE COURT:  Ms. Colon, we are going to take a 10,
21    15-minute break.  You do not have to stay where you are.  You
22    can walk around and so forth.  You can interact with other
23    persons, including members of the prosecution.
24              What you should not do though is discuss or review
25    with anybody your testimony.  Do not review documents or
```

1    exhibits related to this case.  Do not post on social media any

2    messages about this case.

3                Do you understand?

4                THE WITNESS:  Understood.

5                THE COURT:  All right.  We'll be back in the

6    courtroom in about 10 or 15 minutes.

7        (Whereupon a recess was taken at 2:50 p.m., until 3:06

8         p.m.)

9        (Whereupon the following proceedings were had in open court

10        without the presence of the jury.)

11                MR. GOTTFRIED:  Your Honor, may we approach the bench

12    on one matter?

13        (Sidebar conference commenced.)

14                MR. GOTTFRIED:  Your Honor, before cross-examination

15    begins, during the last cross-examination, Sister Counsel was

16    using notes by an FBI agent that had not been adopted by the

17    witness, that had not been reviewed by the witness, attempting

18    to use them as prior inconsistent statements in order to

19    impeach.  We believe that that's improper.

20                And I'll cite from *U.S. versus Almonte*, which is a

21    Second Circuit decision.  It says that the Federal Rules of

22    Evidence allow the introduction of a prior inconsistent

23    statement to impeach a witness's testimony.  We have held,

24    however, that a third-party characterization of a witness's

25    statement does not constitute a prior statement of that

1    witness, unless the witness has subscribed to that

2    characterization.  Thus, in the absence of endorsement by the

3    witness, a third-party's notes of a witness's statement may not

4    be admitted as a prior inconsistent statement, unless they are

5    a verbatim transcript of the witness's own words.

6             The problem, in essence, is one of relevancy.  If a

7    third-party's notes reflect only the note-taker's summary

8    characterization of a witness's prior statement, then the notes

9    are irrelevant as an impeaching prior inconsistent statement.

10            And we believe that what Sister Counsel was doing

11   with the last witness, taking notes from an agent that the

12   witness had never reviewed, did not even know the name of the

13   agent, and reading off of those notes the agent's

14   characterization and trying to use those to impeach the

15   witness, is improper.  If the witness does not have an

16   independent recollection of having made that statement, she

17   cannot be impeached with someone else's notes that he has never

18   subscribed to.

19            THE COURT:  There was no objection to that line of

20   questioning this morning.

21            MR. GOTTFRIED:  Correct.

22            THE COURT:  But you are raising the point now before

23   cross-examination begins with Ms. Colon.

24            MR. GOTTFRIED:  Yes.

25            THE COURT:  Okay.  Ms. Cintron?

 1              MR. GONZALEZ-DELGADO:  Your Honor, first of all, we

 2    did not request that the notes, the agent's notes be -- the

 3    agent's notes be admitted into evidence.  Second of all, her

 4    questions were:  Do you remember having met with Mr. -- with

 5    Agent Vilanova on May or June 2023, and the agent asking, and

 6    you telling the agent such and such.

 7              That is a fair question.  It would have been

 8    different if she would have taken the document and said:  I

 9    have a document here that says that you actually told him this

10    and that.  She was asking him:  Do you remember having told the

11    agent.

12              When there was an issue about him not remembering the

13    name of Agent Vilanova, Sister Counsel asked him if he saw him

14    in court, and he said no.  She said:  Is he the man sitting

15    next to the prosecutors in a black suit.  And he said:  Yes, if

16    his name is Vilanova, then yes.

17              That's on the record.  So he recognizes.  The

18    questions were addressed to have the witness recognize the

19    agent who, who was present while he was being interviewed by

20    Brother Counsel Gottfried and Collazo, and Agent Vilanova.

21              And she was asking him all the time:  Do you remember

22    having told such and such.  She, at no moment, did she

23    reference directly the document.  She was being specific so

24    that we were not, we were not making up, making up information.

25    We were not trying to trick the witness into, into an answer.

1           We were trying to be as faithful as we can to what

2     happened in this case, to the witness's participation, to the

3     amount of times that he had met with the prosecutors and with

4     the agents, and information that he answered:  I don't

5     remember.  So when he answered, I don't remember, she moved on

6     to the next question.  There was no reference to, specifically

7     to that.

8           It's different from a grand jury transcript in which

9     he -- there is a transcript that is certified, and it is on the

10    record that this witness actually said something.  So that's

11    why I believe that it's, it's inapplicable the -- what's the

12    word -- the argument presented by Brother Counsel.

13          MR. GOTTFRIED:  Just briefly, Your Honor.

14          It's being used as an effort to impeach.  When Sister

15    Counsel was raising these arguments, it was to try to basically

16    tell the witness that he had said something differently

17    previously to a federal agent.  And what she was doing was

18    basically reading off the 302s that the federal agent had

19    written in order to try to impeach the witness.

20          And unless the witness has adopted those statements,

21    that's an improper method of impeachment.  She could have just

22    as well taken an article from *El Nuevo Dia* and said:  Don't you

23    agree with X, or did you say X, which is according to *Nuevo*

24    *Dia*.  It's not his statement.  He hasn't adopted it.

25          THE COURT:  Well, my recollection is that Ms. Cintron

1    asked the witness:  Do you recall having said X.

2              Is that improper?

3         MR. GOTTFRIED:  It was the witness saying, for

4    example, that he did not say Ricardo -- he did not tell.  Do

5    you understand that Ricardo Cadiz went into hiding?  No, I

6    don't recall ever saying that.  And then saying:  On such and

7    such a date, you told the FBI that he was in hiding; isn't that

8    correct?  That's not --

9         THE COURT:  He said:  I do not remember.

10        MR. GOTTFRIED:  Yeah.  He said, at that point:  I

11   don't remember.

12             But trying to go through the 302s and saying, On such

13   and such a date, you told the FBI X; you told the FBI Y, that's

14   improper based on notes that the witness has not adopted.

15        THE COURT:  Okay.  So what you are saying is that

16   unless the main proposition of the question, do you remember,

17   is on the agent's notes, she cannot ask:  Do you remember

18   having said X.

19        MR. GOTTFRIED:  That unless --

20        THE COURT:  I'm sure none of those notes refer to a

21   747.  Okay?

22        MR. GOTTFRIED:  Uh-huh.

23        THE COURT:  Okay.  So it would be improper for her to

24   ask the witness:  Do you remember having told Agent Vilanova of

25   a 747 flying over your location on Teodoro Moscoso Bridge.

1    Because that's not on the notes.  That's what you are saying?

2            MR. GOTTFRIED:  They have no good-faith basis to say

3    that but --

4            THE COURT:  So --

5            MR. GOTTFRIED:  Yes.  So, in that case, but even if

6    it were in the notes, if the notes have not been adopted by the

7    witness, they are not prior inconsistent statements by this

8    witness.

9            THE COURT:  Well, but we are trying to be practical

10   here, and I'm trying to draw a line.  I understand the concept.

11   But this is a fluid situation.  So what should be the

12   guidepost?

13           I understand the theory that Counsel should follow

14   during cross-examination.  If it is in the notes, it's fair

15   game.  If it is not in the notes, she cannot ask:  Do you

16   remember having told an FBI X, Y and Z?

17           MR. GOTTFRIED:  Yeah.  The idea would be, as Sister

18   Counsel tried to do with this witness:  Did you review the

19   notes; did you adopt the notes; did someone review the notes

20   with you.  No, no, no.  And, at that point, she can't go into

21   the content of the notes with the witness because they're

22   simply not his.  They're not his statements.  She can't try to

23   impeach him with those notes.

24           MR. GONZALEZ-DELGADO:  But, Your Honor, that creates

25   a huge problem.

```
 1                    THE COURT:  I understand the theory.  I understand
 2       the principal.  But trying to translate the principal into
 3       specific steps to be avoided is what I'm trying to do.  Again,
 4       if he had not said anything to the FBI about Cadiz, or anybody
 5       else, being in hiding, and it would -- and that had not been
 6       part of the notes, it would have been improper for her to ask
 7       the question:  Do you remember having told the FBI that Cadiz
 8       was in hiding.
 9                    MR. GOTTFRIED:  Correct, yes.
10                    THE COURT:  Okay.  That I understand.  I think that
11       as -- that is an easy rule to follow.
12                    MS. CINTRON-COLON:  Yes, sir.
13                    THE COURT:  Okay?
14                    MR. GONZALEZ-DELGADO:  Your Honor, we can even ask
15       that question because the witness is -- the agent is in court,
16       and we could subpoena him as part of the --
17                    THE COURT:  You can subpoena him, fine.
18                    MR. GONZALEZ-DELGADO:  I know.  The thing is, there
19       is nothing improper in asking a witness:  Do you remember
20       having, tell Agent Smith that you killed Superman.  That's not
21       improper, because if he says no and it's in the notes, I can
22       bring the agent.
23                    THE COURT:  If it's in the notes.
24                    MR. GONZALEZ-DELGADO:  I can bring the agent and ask
25       him --
```

1            THE COURT:  If it's in the notes.  That's what I'm
2     saying.
3            MR. GONZALEZ-DELGADO:  And ask him:  Were you
4     present, were you present when AUSA Gottfried was interviewing
5     the witness; did you hear the witness say something; did you
6     write that in your note; is it -- do you adopt your own notes,
7     and the witness says yes, I can go into that.
8            THE COURT:  But that's not what I am saying.  That's
9     not what I am saying.
10            MR. GONZALEZ-DELGADO:  It's just that I thought the
11     Court was going a little, was going, about to tell us that we
12     can't use the 302s prepared by the, by the FBI as a guidance to
13     cross-examine a witness, because it's guidance.
14            THE COURT:  That's not what I'm saying.  What I'm
15     saying is:  No fishing.  If it's in the notes --
16            MR. GONZALEZ-DELGADO:  Fair game.
17            THE COURT:  Hey, do you remember having told the FBI
18     X.  He told the FBI X.  And the X is on the FBI Agent's notes.
19            MS. CINTRON-COLON:  And I proffer to the Court --
20            THE COURT:  I don't see any particular -- I do not
21     see that implementation, or that principal, as incompatible
22     with what Mr. Gottfried has asked me to do.
23            MS. CINTRON-COLON:  I agree.
24            THE COURT:  It would be another thing:  No, he never
25     talked about Cadiz, so what are you doing asking about Cadiz in

1    that context.

2            MS. CINTRON-COLON:  I agree completely.  And I

3    proffer that during my cross-examination of Mr. Zabala

4    everything that I asked was in that 302 report.  I did not make

5    anything up that was not in the report.  So I was following

6    that guideline.  Regardless, I would not do a fishing

7    expedition saying, do you remember saying this, when it's not

8    actually in the report.

9            MS. COLLAZO-ORTIZ:  Well, it wasn't verbatim because

10    what Mr. Zabala had said was that he had heard that maybe Cadiz

11    was hiding and maybe he was involved.  So it wasn't that he had

12    any particular knowledge.

13            MS. CINTRON-COLON:  I can bring the 302 report, Your

14    Honor.  That is not what it says.  It doesn't say maybe that he

15    heard.  He said that he believes.

16            THE COURT:  Now we're getting into micro-managing,

17    and I do not believe that's my role.  This is a dynamic

18    process, and I want to lay out clear rules for everybody to

19    follow to facilitate what everybody needs to do.

20            MR. GOTTFRIED:  That's fine.  We understand.

21            THE COURT:  I am conscious of what you're saying,

22    yes.

23            MS. COLLAZO-ORTIZ:  Thank you, Your Honor.

24            MS. CINTRON-COLON:  Thank you.

25        (Sidebar conference concluded.)

```
 1                    THE COURT:  Let's bring the jury in.
 2           (Whereupon the following proceedings were had in open court
 3           in the presence of the jury.)
 4                    THE COURT:  Welcome back to the courtroom.  Please
 5      take a seat.
 6                    MS. CINTRON-COLON:  May it please the Court, Your
 7      Honor?
 8                    THE COURT:  Go ahead.
 9                         CROSS-EXAMINATION
10      BY MS. CINTRON-COLON:
11      Q    Good afternoon, Ms. Colon.
12      A    Good afternoon.
13      Q    Ms. Colon, your birthday is in February 9th, correct?
14      A    That's correct.
15      Q    Can you please tell us what year?
16      A    1995.
17      Q    Ms. Colon, to Counsel's questions, you told us that, in
18      January of 2013, you found out that you were pregnant, correct?
19      A    Correct.
20      Q    And that you believed it was Mr. Verdejo's, correct?
21      A    I knew that it was Felix Verdejo's.
22      Q    Did you ever have a paternity test done while you were
23      pregnant?
24      A    No.  It was not necessary.
25      Q    So your answer is no, you did not get a paternity test
```

1    done?

2    A    No.  Because I knew that he was the father.

3    Q    Ms. Colon, my question is very specific:  You did not get

4    a paternity test done, correct?

5              MS. COLLAZO-ORTIZ:  Asked and answered, Your Honor.

6              THE COURT:  Overruled.

7              THE WITNESS:  No.  Because it was not necessary.

8    BY MS. CINTRON-COLON:

9    Q    Ms. Colon, for the fourth time, and please answer with a

10   yes or no:  Did you get a paternity test done?

11   A    It wasn't necessary, no.

12   Q    So your answer is no?

13   A    As I said, it wasn't necessary to do it.

14             THE COURT:  Move on.

15             MS. CINTRON-COLON:  I'll move on, Your Honor.

16   BY MS. CINTRON-COLON:

17   Q    So after you told Mr. Verdejo on January of 2013 that you

18   were pregnant, you did not talk to him until almost two months

19   afterwards, correct?

20   A    Incorrect.

21   Q    You told him in January of 2013 that you were pregnant,

22   but you did not talk to him again until late in February of

23   2013, correct?

24   A    Only weeks went by.

25   Q    Five weeks?

1    A    I am not sure.

2    Q    And, Ms. Colon, you talked to Mr. Verdejo maybe a few

3    weeks before you had the abortion, correct?

4    A    I do not recall.

5    Q    Earlier, you answered that a couple of weeks after you had

6    told Mr. Verdejo that you were pregnant and he gave you $300,

7    that eventually you talked to him, and he questioned you about

8    you not having had an abortion yet.

9         Remember that?

10        MS. CINTRON-COLON:  I believe there is a correction

11   in the translation.  It's various weeks after, not two.

12        THE COURT:  Ask the question again.

13        MS. CINTRON-COLON:  Yes, sir.

14   BY MS. CINTRON-COLON:

15   Q    Earlier, to Brother Counsel's questions, Ms. Colon, you

16   stated that a couple of weeks after you told Mr. Verdejo that

17   you were pregnant, you talked to him again, and he inquired as

18   to whether or not you had had the abortion yet?

19   A    Can you please repeat the question?

20   Q    Ms. Colon, a couple of weeks after you told Mr. Verdejo

21   that you were pregnant, but before you had your abortion in

22   March, you talked to Mr. Verdejo again, correct?

23   A    I do not remember the number of weeks.

24   Q    And in that conversation, he questioned you if you had had

25   the abortion yet or not, correct?

1    A    He called me to question me as to why I had not had the

2    abortion.

3    Q    And after that, sometime later, you had your abortion on

4    March 5th, correct?

5    A    I do not recall the exact date of the abortion.

6    Q    Do you remember if it was in March?

7    A    I recall that it was either in late February or in early

8    March, but I do not recall the exact date.

9    Q    So, and it's -- strike that.

10         And between that conversation where Mr. Verdejo

11   questioned you of why you had not had the abortion, and when

12   you actually had the abortion, you did not have any other

13   communication?

14   A    I'm sorry.  I'm not understanding.

15   Q    You had your abortion at the end of February and March, as

16   to the best of your recollection, correct?

17   A    Correct.

18   Q    And you had told Mr. Verdejo that you were pregnant in

19   January, correct?

20   A    Correct.

21   Q    And between January and March, you had only talked -- you

22   had talked to Mr. Verdejo regarding the abortion once when he

23   called you to question you why you hadn't had it yet?

24   A    We talked on several occasions about the abortion, but it

25   was only one call where he questioned me as to why I had not

1    yet gotten the abortion, after having given me the money.

2    Q    And, Ms. Colon, to Brother Counsel's questions, you had

3    told us that the day that you had the abortion, your mother had

4    woken you up and told you that she was going to take you to the

5    clinic, correct?

6    A    Correct.

7    Q    So it was your mother's decision for you to have an

8    abortion; is that right?

9    A    Correct.

10   Q    It was your mother who told you you were going to have the

11   abortion, correct?

12   A    Given the situation, yes.

13   Q    She did not ask you:  Do you want to have an abortion.

14   She told you you were going to have it, correct?

15   A    I do not recall.

16   Q    The truth is that it was not Mr. Felix Verdejo who called

17   you in March that morning and told you:  I'm going to pick you

18   up and take you to the clinic to get an abortion.  Correct?

19   A    Correct.  It wasn't him.

20   Q    Ms. Colon, you so testified that a couple of months after

21   your abortion, you talked with Mr. Verdejo again, correct?

22   A    Correct.

23   Q    And you stated that you got in his car with him?

24   A    Correct.

25   Q    And during the time that you were in his car, he did not

1    assault you, correct?

2    A    Correct.

3    Q    And, Ms. Colon, you also said that a couple of years

4    afterwards, you received a message from a strange phone that

5    said if you, asked if you wanted to play Play Station, correct?

6    A    That's correct.

7    Q    And the message did not say:  It's me, Verdejo.  Correct?

8    A    Correct.  It didn't say so, but I knew that it was him.

9    Q    Ms. Colon, when you had the abortion, how far along were

10   you?

11   A    Two months pregnant.

12   Q    Would that be -- would you agree with me that that is,

13   approximately, 12 weeks?

14   A    The gynecologist said that I was eight weeks along.

15   Q    And, Ms. Colon, between the time -- scratch that.

16        During the time that you had found out that you were

17   pregnant, until you had your abortion, you did not see Mr.

18   Verdejo, correct?

19   A    I saw him to pick up the money.

20   Q    Aside from the time that you went to pick up the money,

21   you did not see him, correct?

22   A    No.

23        MS. CINTRON-COLON:  I have no further questions, Your

24   Honor.

25        MR. GOTTFRIED:  Brief redirect, Your Honor?

```
 1                THE COURT:  Go ahead.
 2                         REDIRECT EXAMINATION
 3     BY MR. GOTTFRIED:
 4     Q    Ma'am, in response to Sister Counsel's question about your
 5     mother's role and why you decided to have the abortion, you had
 6     said something along the lines of, given the situation, you
 7     decided to have the abortion.  Can you please explain what you
 8     meant by "given the situation?"
 9                THE INTERPRETER:  The interpreter requests
10     repetition.
11     BY MR. GOTTFRIED:
12     Q    In response to Sister Counsel's questioning about
13     explaining why you decided to have an abortion, you referred
14     to, given the situation, you were going to have an abortion.
15                Can you please explain what you mean by "given the
16     situation?"
17                MS. CINTRON-COLON:  Objection, Your Honor, misquoting
18     the witness.  She did not say "given the situation," she
19     decided.  It was her mother.
20                THE COURT:  Let's look at the transcript.
21                MR. GOTTFRIED:  I can rephrase, Your Honor, if you
22     would like, just to avoid --
23                THE COURT:  Okay.
24     BY MR. GOTTFRIED:
25     Q    You had responded something along the lines that, given
```

1    the situation, there was an abortion.  What did you mean by

2    "given the situation?"

3    A    What I meant is that, since the time that I told Felix I

4    was going to have his baby, he always denied the baby.  He

5    threatened that he was going to deny the baby from day one.  He

6    said that he was not going to have the baby; that he was going

7    to deny the baby.  He told me that, he told me that, even with

8    a DNA test, he was going to deny my baby.  It was always

9    rejection.

10              MR. GOTTFRIED:  Nothing further, Your Honor.

11              MS. CINTRON-COLON:  Briefly, Your Honor.

12              THE COURT:  Go ahead.

13                        RECROSS-EXAMINATION

14    BY MS. CINTRON-COLON:

15    Q    Ms. Colon, to Brother Counsel's questions right now, you

16    stated that Mr. Verdejo always denied the baby, and he

17    threatened to deny the baby from day one, correct?

18    A    Correct.

19    Q    Ms. Colon, but the truth is that when you were interviewed

20    by police officers, you stated that Verdejo told you that he

21    would love the baby if you decided to have it?

22    A    In the context of blackmailing.

23    Q    Ms. Colon, but the question is if you told that to the

24    agents when they interviewed you, that Verdejo told you that he

25    would love the baby if you decided to have it?

1    A    What Felix told me in the call was:  Girl, obviously, if

2    you have the baby, I'm going to love it, but you cannot have

3    the baby; you have to abort it; it's not the right time.

4    Q    Ms. Colon, once again, my question is very specific:  When

5    you were interviewed by federal agents with regards to this

6    case, did you tell them that Mr. Verdejo told you he would love

7    the baby if you decided to have it?

8            Please answer with a yes or no.

9    A    What I said to the agent is what I just repeated.

10   Q    So your answer is yes, you told the agents that Verdejo

11   told you that he would love the baby if you decided to have it?

12   A    What I told the agents is what I just said.

13   Q    Ms. Colon, that was not my question.  My question, once

14   again, please answer with a yes or no:  When you were

15   interviewed by federal agents, did you tell them that Verdejo

16   told you that he would love the baby if you decided to have it?

17   A    When I had the meeting with the agents, what I told them

18   and what I related to them is what I just said.

19   Q    Ms. Colon, the question is very simple and very specific.

20   Please answer with a yes or a no.

21            Was this a statement that you made to law enforcement

22   agents, that Verdejo told you that he would love the baby if

23   you decided to have it?

24            THE COURT:  Ma'am, it's a yes or no answer.

25            THE WITNESS:  I told the officers that Felix had

1     given some type of response about the baby.

2     BY MS. CINTRON-COLON:

3     Q     And, Ms. Colon, it's true that the response that you told

4     the agents Felix had made was that he would love the baby if

5     you decided to have it, correct?

6     A     Under, in a context of blackmail, yes.

7     Q     Ms. Colon, please answer with a yes or a no.  Did you say

8     that to the agents?

9     A     Yes, in a context of blackmail.

10    Q     Ms. Colon, we need you to answer with a yes or no,

11    regardless of the rest of the answer that you might want to

12    give.

13          The question, once again, is very simple:  Did you

14    tell the agents when they interviewed you that Verdejo had told

15    you that he would love the baby if you decided to have it?

16          MR. GOTTFRIED:  Objection, asked and answered.

17          THE COURT:  Overruled.

18          THE WITNESS:  Repeat the question, please.

19    BY MS. CINTRON-COLON:

20    Q     Yes.  Answer with a yes or no.  Very precise and direct

21    question:  Did you tell the agents, federal agents, when they

22    interviewed you in relation to this case, if Verdejo told you

23    that he would love the baby if you decided to have it?  Yes or

24    no?

25    A     Yes, in the context of blackmail, yes.

```
 1              THE COURT:  All right.  Ladies and gentlemen, you
 2     will disregard what she said after "yes."
 3              MS. CINTRON-COLON:  No more questions, Your Honor.
 4              MR. GOTTFRIED:  Your Honor, may I have a brief
 5     re-redirect?
 6              THE COURT:  No.
 7              I do not have questions for the witness.
 8              Ms. Colon, thank you for your testimony.  You are
 9     free to go.
10              THE WITNESS:  Thank you.
11         (Witness excused.)
12              MS. COLLAZO-ORTIZ:  Your Honor, may we call our next
13     witness?
14              THE COURT:  Yes.
15              MS. COLLAZO-ORTIZ:  The government calls Ms. Eliz
16     Marie Santiago-Sierra.
17         (Witness sworn.)
18              THE COURTROOM DEPUTY CLERK:  So help you God.  You
19     may take a seat.
20                        ELIZ SANTIAGO-SIERRA,
21         called as a witness on behalf of the Plaintiff,
22              having been previously duly sworn,
23              was examined and testified as follows:
24                        DIRECT EXAMINATION
25     BY MS. COLLAZO-ORTIZ:
```

```
 1   Q    Good afternoon.  Can you please tell us your full name?
 2   And please speak into the microphone.
 3   A    Eliz Marie Santiago-Sierra.
 4   Q    And what is your age?
 5   A    27.
 6   Q    What is your occupation?
 7   A    I have my own business.
 8   Q    What kind of business?
 9   A    I do eyelash extensions.
10   Q    And who do you currently live with?
11   A    With my daughter.
12   Q    What is your daughter's name?
13   A    Miranda.
14   Q    And what is her age?
15   A    Four.
16   Q    Who is Miranda's father?
17   A    Felix.
18   Q    And can you please tell us Felix's full name?
19   A    Felix Jomar Verdejo-Sanchez.
20   Q    And how long have you known Mr. Felix Jomar
21   Verdejo-Sanchez?
22   A    For, approximately, 12 or 13 years.
23   Q    Okay.  Is Mr. Felix Verdejo here in court today?
24   A    Yes.
25   Q    Can you please tell us where he's sitting and what he's
```

1    wearing?

2    A    There, a blue shirt.

3         MS. COLLAZO-ORTIZ:  For the record, the witness has

4    identified the defendant.

5         THE COURT:  The record will so reflect.

6    BY MS. COLLAZO-ORTIZ:

7    Q    In April of 2021, who did you reside with?

8    A    With my daughter and the father of my daughter.

9    Q    And that's Mr. Verdejo, correct?

10   A    Yes.

11   Q    Does Mr. Verdejo have any nicknames or professional names?

12   A    "El Diamonte," the diamond.

13   Q    And when did you first start a relationship with Mr.

14   Verdejo?

15   A    In December of 2012.

16   Q    Can you please describe to the members of the jury your

17   relationship with Mr. Verdejo since December of 2012?

18   A    We had a relationship that was quite normal, routine.

19   Q    And over the course of that relationship, what issues, if

20   any, did you have?

21        MR. GONZALEZ-DELGADO:  Objection, Your Honor, under

22   401.

23        THE COURT:  I will allow it.

24        THE WITNESS:  Our problems were always infidelities.

25   BY MS. COLLAZO-ORTIZ:

```
 1   Q    What do you mean with "infidelities?"

 2   A    That he had relations with other people that were not me.

 3   Q    That you're aware of, how many people are we talking

 4   about?

 5   A    Well, over five.

 6             MR. GONZALEZ-DELGADO:  Objection.

 7             THE WITNESS:  More than 10.

 8             MR. GONZALEZ-DELGADO:  Objection, Your Honor, under

 9   401.

10             THE COURT:  Overruled.

11   BY MS. COLLAZO-ORTIZ:

12   Q    And let me ask you, Ms. Santiago, why did you stay with

13   Mr. Verdejo despite those issues of infidelity?

14             MR. GONZALEZ-DELGADO:  Objection, Your Honor, 401.

15             THE COURT:  Overruled.

16             THE WITNESS:  I could say that, out of habit.

17   BY MS. COLLAZO-ORTIZ:

18   Q    Can you please tell the members of the jury what was Mr.

19   Verdejo's daily routine while you lived together?

20   A    Usually, he would get up around 5:00 or 5:30 in the

21   morning.  He would go train.  He would come back to the house

22   at around maybe 7:00 or 8:00.

23   Q    And when you say "7:00 or 8:00," is that a.m. or p.m.?

24   A    A.m.

25   Q    Okay.  And then what happened?
```

1    A    If he didn't have anything else to do, he would stay

2    there.  Otherwise, he would do his routine things.  After that,

3    at 5:00, he had to go back to train.

4    Q    And what did Mr. Felix Verdejo do for a living?

5    A    Boxing.

6    Q    And what vehicle did he drive in April of 2021?

7    A    The Dodge Durango.

8    Q    What color?

9    A    Black.

10   Q    And where did he get that vehicle from?

11   A    Through a sponsorship.

12   Q    And let me ask you:  What was the status of your

13   relationship in April 26th, 2021?

14   A    April 26th was Monday?

15   Q    April 26th was a Monday, correct.

16   A    That day, I usually leave early to take Miranda to the

17   school, and by the time that I come back, sometimes he's there;

18   sometimes he's not.  And that day he was there.

19   Q    And what happened when you returned, and you found him

20   there?

21   A    When I arrived there, he was already taking a bath, and,

22   obviously, he was not expecting me.  And I arrived there

23   normal, and when I entered the room, I could feel that his

24   phone was ringing many times, one after the other.

25   Q    And what do you do?

1    A    I picked up the phone, and I saw several messages.

2    Q    And who were these messages from?

3    A    Some were from Keishla, and two other girls.

4    Q    And what type of messages were they?

5    A    They were intimate messages.

6    Q    What do you mean "intimate messages?"

7    A    They were pictures and talking about sex and that kind of

8    thing.

9    Q    Okay.  And when do you first learn of the, of a

10    relationship between Mr. Felix Verdejo and Ms. Keishla?

11    A    The first time that I saw messages, I believe it was maybe

12    around October or November, that time.

13    Q    Of what year?

14    A    2020.

15    Q    And what do you see in those messages from 2020?

16    A    I saw messages where she reproached him; that he told her

17    that he was going to leave me; that he was going to be with

18    her.

19                MR. GONZALEZ-DELGADO:  Objection under 602, Your

20    Honor.

21                THE COURT:  Overruled.

22    BY MS. COLLAZO-ORTIZ:

23    Q    And upon seeing those messages, what did you do?

24    A    I questioned him.

25    Q    How so?

1   A    I asked him why he told her those things, why he told her

2   that he was going to leave me.

3   Q    And what did he respond?

4   A    I'm sorry?

5   Q    What did he respond?

6   A    That he told her those things to keep her calm, to be with

7   her momentarily.

8   Q    And how would he refer to Keishla during that conversation

9   with you?

10  A    Sometimes he referred to her by her name, and sometimes he

11  called her slut, and those kinds of things.

12  Q    And what did Mr. Verdejo tell you about his relationship

13  with Keishla?

14  A    He'd say that it was a momentary relationship; that

15  whenever he wanted to have sex, since she always said yes, he

16  always looked for her.

17  Q    And what happened after you discovered those messages and

18  have that conversation with him, in terms of your relationship?

19  A    I said that that's it.  I was not going to take his

20  infidelities anymore; that he had to leave the house.

21  Q    Okay.  When did you tell him that?

22  A    On Monday.

23  Q    How did he respond to that?

24  A    He told me no.  He asked me to forgive him; that he didn't

25  have anyplace to go; that he did not want to leave me; that he

1    wanted to be with me; that he wanted to be with Miranda.

2    Q    Okay.  And how many times had you had a similar

3    conversation with him before?

4    A    Many times.

5    Q    And how many times before had you forgiven his

6    infidelities?

7    A    Many times as well.

8    Q    So after you saw those messages the morning of April 26th,

9    and you had that conversation with Mr. Verdejo, what happened

10   next?

11   A    Nothing.  I told him that I didn't want to be with him

12   anymore.  He said that he didn't have a place to go.  I told

13   him that he could stay there until he found a place, and that's

14   it.

15   Q    And what happened that afternoon?  Did you see him again

16   during that day?

17   A    Yes.

18   Q    And what happened when you saw him again?

19   A    You mean, Monday afternoon?

20   Q    Yes.

21   A    Nothing happened.  He came.  He went to bed, me too.  And

22   nothing happened.

23   Q    And why did you allow him to stay?

24   A    Because he told me he had no place to go.

25   Q    Okay.  And in the, in that week, after that conversation,

1    what was the status of your relationship?

2    A    Come again?

3    Q    After that conversation on Tuesday, Wednesday, that week,

4    what was the status of your relationship?

5    A    He continued pleading with me that he wanted to be with

6    me; that he was asking for my forgiveness.  And I said no, I

7    was tired, and basically that.

8    Q    And who did you tell about your decision to separate from

9    Mr. Verdejo?

10   A    I do not recall having told anybody.  Maybe my friend.

11          MS. COLLAZO-ORTIZ:  Your Honor, if we may publish

12   Exhibit 55?

13          THE COURT:  Go ahead.

14   BY MS. COLLAZO-ORTIZ:

15   Q    Ms. Santiago, I am showing what has been previously marked

16   as Exhibit 55, which is a conversation.  Do you recognize the

17   numbers that are listed at the top?

18   A    Yes.

19   Q    Can you please tell us who those numbers belong to?

20   A    The one at the top is mine, and the one below, Felix.

21   Q    Can you please read Felix's number?

22   A    (787)963-3693.

23   Q    And do you recognize the message that is depicted on that

24   first page that has a picture attached to it?

25   A    Yes.

```
1    Q    And what is it?

2    A    My ID.

3    Q    And who sent that?

4    A    I did.

5    Q    And who did you send it to?

6    A    I cannot see the phone number.

7    Q    Who did you send that to?

8    A    What?

9    Q    The, the image of your identification.

10   A    It doesn't tell there who I sent it to.

11             MS. COLLAZO-ORTIZ:  Okay.  If I may have a moment,

12   Your Honor?

13             Turning to page 6 of Exhibit 55.

14             MR. GONZALEZ-DELGADO:  Your Honor, may we approach?

15        (Sidebar conference commenced.)

16             MR. GONZALEZ-DELGADO:  Your Honor, the witness has

17   not adopted that document as her having seen it, having

18   prepared it or anything.  This is a Cellebrite extraction made

19   by an agent that, even though it's been admitted into evidence

20   by another witness, she doesn't say that she recognizes it.

21             She just said that she doesn't see the phone number

22   there.  Because, obviously, there is a difference between a

23   screen -- I think she has an iPhone telephone -- and what is

24   being, the document that is being used to ask her related to

25   certain text messages that the government is trying to
```

1     introduce.

2              MS. COLLAZO-ORTIZ:  Your Honor, we're asking about

3     specific messages.  If she doesn't recognize them, then she

4     will say that.  But if she -- we're entitled to ask about the

5     messages.  She already identified her number and Felix's number

6     on that conversation.

7              MR. GONZALEZ-DELGADO:  But she hasn't said that she

8     recognizes the conversation, Your Honor, or the text messages.

9              THE COURT:  Well, let's see where this is going.

10             MS. COLLAZO-ORTIZ:  Your Honor, we understand that

11    she didn't recognize that message, so we're moving on.  But

12    we're entitled to ask about other messages and whether she

13    recognizes them or not.

14             THE COURT:  Okay.  Was there an objection?

15             MR. GONZALEZ-DELGADO:  No.  That was my objection.

16             THE COURT:  Okay.  Objection overruled.

17        (Sidebar conference concluded.)

18             MS. COLLAZO-ORTIZ:  If we could go to page 5 of

19    Exhibit 55?

20    BY MS. COLLAZO-ORTIZ:

21    Q    Can you read the text in that image to yourself?

22             MR. GONZALEZ-DELGADO:  Your Honor, we still have an

23    objection under foundation.

24             THE COURT:  Overruled.

25    BY MS. COLLAZO-ORTIZ:

```
 1    Q    Do you remember -- does that seem familiar to you?

 2    A    Yes.

 3    Q    How so?

 4    A    It's my conversation with Felix.

 5    Q    Okay.  Turning to page 6.  Do you recognize the text in

 6    that page?

 7    A    Yes.

 8    Q    How so?

 9    A    Those are my messages with Felix.

10    Q    Okay.  And can you -- I'm sorry.  Going to the bottom of

11    page 5 where -- can you start reading from page 5 and page 6

12    what the messages are?

13    A    It says:  "Look, crazy, I want to know about my daughter.

14    What's wrong with you?"

15    Q    And what do you respond to that?

16    A    "If you want to see her, ask when you can come by."

17    Q    The next message?

18    A    "Don't ask so much."

19    Q    Who said that?

20    A    I believe I did.

21    Q    And the next message, what did he say?

22    A    "Crazy, and I also want to know where the two of you are

23    because it matters to me that the two of you are okay."

24    Q    Turning to page 6.  Who sent that message at the top, in

25    blue?
```

```
1    A    I did.

2    Q    Can you please read it?

3    A    "Wrong.  Worry about your daughter.  I take care of

4    myself."

5    Q    And what did he respond?

6         I'm sorry.  What did he respond at 4:24?

7    A    "Girl, you too, because if you are okay, so is my

8    daughter."

9    Q    Okay.  And what do you respond to that?

10   A    "When I need it, I'll tell you so you can watch over her

11   if I'm not okay.  The time for you to worry about me is over."

12   Q    And why did you say that?

13   A    Because I didn't want to have anything with him.

14   Q    Okay.  If we can turn to page 13.  Can you please read to

15   yourself the messages on page 13, and tell me if you recognize

16   them?

17   A    Yes.

18   Q    Okay.  And how do you recognize them?

19   A    Because those are my messages with Felix.

20   Q    And can you please read at the top of the page what Mr.

21   Verdejo said?

22   A    "Okay, Eliz.  For now you don't want me to speak to you,

23   but in the future, I know you will.  But I'm referring to

24   knowing how you all are, and et cetera."

25   Q    And what do you respond to that?
```

```
 1   A    "Exactly.  Not to tell jokes."

 2   Q    And what do you mean with that?

 3   A    That I wanted for him to talk to me just the necessary,

 4   nothing beyond what was necessary.

 5   Q    And turning to page 14, at the top.  Do you recognize that

 6   image that is there?

 7   A    Yes.

 8   Q    Who sent that image?

 9   A    I did.

10   Q    And why did you send that image?

11   A    Because the number there is Keishla's, and those are the

12   messages that I saw in his phone.

13   Q    And how did you obtain that information from that

14   screen-shot?

15   A    Because a friend of mine works at a telephone company.

16   Q    And why did you obtain that from your friend?

17   A    Because I was trying to find out who's number was that.

18   Q    Did that -- why were you trying to find out who's number

19   that was?

20   A    To find out who he was talking to.

21   Q    And how come you didn't know who he was talking to?

22   A    Because it was through text-messaging, and it didn't have

23   a name or anything stored.

24   Q    Okay.  If we can scroll down to the next message, can you

25   please tell us what you said next?
```

```
1    A    Should I read that?

2    Q    Do you recognize that as something you wrote?

3    A    Yes.

4    Q    Can you please read it?

5    A    "Do you take me for a dumb ass?"

6    Q    And what else?

7    A    "You're a shameless mother-fucker, and she is even more

8    so."

9    Q    Turning to page 15, at the top.  Do you recognize those

10   messages?

11   A    Yes.

12   Q    How do you recognize them?

13   A    Those are my messages with Felix.

14   Q    And at the top, in green, what did he say?

15   A    "Forgive me, Eliz.  As good as you are in every sense, and

16   I'm a son of a bitch, forgive me.  I was wrong.  I know."

17   Q    Okay.  And then what do you respond?

18   A    "Suck a dick, fucking mother-fucker."

19   Q    And the next message, please?

20   A    "Shove your apologies up your ass."

21   Q    And then?

22   A    "And was it good to be the hammer, right?"

23   Q    What does that mean, "to be the hammer?"

24   A    That he was the one that always cheated on me.

25   Q    Okay.  And turning to page 16, do you recognize those
```

1    messages as messages that you sent?

2    A    Yes.

3    Q    Okay.  Can you please read them?

4    A    "Hold onto your pants.  Just so you know.  And she should

5    look forward to my visit.  Tell her, if you want, because

6    you're such a pig."

7    Q    What do you mean with that, that, for her to wait for your

8    visit?

9    A    That I wanted to talk to her and to her sister, because

10   they agreed with me that if he ever looked her up again, they

11   were going to tell me, both of them.

12   Q    And when was that?

13   A    Those messages, I believe, were on Monday.

14   Q    No.  But I'm asking when you had that conversation with

15   Keishla and Bereliz about the relationship with Felix.

16   A    In January.

17   Q    And, at that time, who did you blame for the infidelity?

18        And I'm sorry.  In April 26th, 2021, who did you

19   blame for Felix's infidelities?

20        MR. GONZALEZ-DELGADO:  Objection under 401, Your

21   Honor.

22        THE COURT:  Be more specific.

23   BY MS. COLLAZO-ORTIZ:

24   Q    Okay.  What were your feelings on April 26th, 2021, about

25   Felix's infidelities?

```
 1                    THE COURT:  Same objection.  Same point.  Sidebar.
 2          (Sidebar conference commenced.)
 3                    THE COURT:  Okay.
 4                    MR. GONZALEZ-DELGADO:  Before that, Your Honor --
 5                    THE COURT:  "Infidelities" is a broad term.  In this
 6          context, you need to be more specific.
 7                    MS. COLLAZO-ORTIZ:  Okay.
 8                    THE COURT:  Infidelities with whom?
 9                    MS. COLLAZO-ORTIZ:  Okay.  I will.
10                    THE COURT:  Keishla.
11                    MS. COLLAZO-ORTIZ:  Yes, Your Honor.
12                    MR. GONZALEZ-DELGADO:  And, Your Honor, I didn't
13          object.  I was just trying to sit down.  I'm sorry.
14                    THE COURT:  It's okay.
15                    MS. COLLAZO-ORTIZ:  We're all on edge.
16                    THE COURT:  That's what you were going to object, so
17          I should have waited for you to object.
18                    MR. GONZALEZ-DELGADO:  But I didn't, I wasn't, to the
19          second question.  I was just trying to approach the chair to,
20          to the table, and it was a mistake.
21                    MS. COLLAZO-ORTIZ:  Misunderstanding.
22                    MR. GONZALEZ-DELGADO:  We're all on edge.
23                    THE COURT:  Well, but I'm concerned.
24                    MS. COLLAZO-ORTIZ:  I will be more specific, Your
25          Honor.
```

```
 1              THE COURT:  Okay.
 2              MR. GONZALEZ-DELGADO:  Thank you.
 3         (Sidebar conference concluded.)
 4    BY MS. COLLAZO-ORTIZ:
 5    Q    Ms. Santiago, on April 26th, 2021, after seeing messages
 6    with the number that you found out belonged to Keishla, who did
 7    you blame for Felix's infidelities with Keishla?
 8    A    Him.
 9    Q    Why?
10    A    Because she was not the first one.
11    Q    Turning to page 20 of Exhibit 55.  Do you recognize the
12    messages on page 20 of Exhibit 55?
13    A    Yes.
14    Q    How do you recognize them?
15    A    Because those are my messages with Felix.
16    Q    And can you please read at the top, in green, what did
17    Mr. Verdejo say?
18    A    "To see you.  I can't tell you through here."
19    Q    Okay.  And what is your response to that?
20    A    "Where?"
21    Q    And the next one?
22    A    "If it's something stupid."
23    Q    Why did you say that?
24    A    Because I imagined that he wanted to see me for something
25    stupid.
```

```
1    Q    Okay.  And then what did he respond further down in that

2    page?

3    A    "Wherever you can meet me, however."

4    Q    Okay.  Turning to page 20.  I'm sorry, 21.  Do you

5    recognize those messages on page 21?

6    A    Yes.

7    Q    Okay.  How do you recognize them?

8    A    Those are my messages with Felix.

9    Q    Okay.  And at the top, in blue, what is your response?

10   A    "Business."

11   Q    Okay.  And did you, in fact, ever meet him at your

12   business?

13   A    Yes.

14   Q    And what did he want?

15   A    To give me some flowers.

16   Q    And when was that?

17   A    That was Tuesday or Wednesday that week.

18   Q    Okay.  So if the message is from the 27th, which is a

19   Tuesday, that sounds right?

20   A    Yes.

21   Q    And, in general, during that week, from Monday to --

22   through Friday that week, what was the nature of your exchanges

23   with Mr. Verdejo?

24        MR. GONZALEZ-DELGADO:  Objection, Your Honor, broad

25   question.
```

1                  MS. COLLAZO-ORTIZ:  I'm sorry.  I'll rephrase.

2                  THE COURT:  Sustained.

3    BY MS. COLLAZO-ORTIZ:

4    Q    What were you discussing in your messages during that week

5    with Mr. Verdejo?

6                  THE INTERPRETER:  I'm sorry, Counsel.  Can you repeat

7    that?

8    BY MS. COLLAZO-ORTIZ:

9    Q    What did you discuss during your messages that week with

10   Mr. Verdejo?

11   A    We were talking about unnecessary things, about Miranda,

12   if he had to pick her up, basic stuff.

13                 MS. COLLAZO-ORTIZ:  Okay.  Can we turn to Exhibit 55

14   at page 31?

15   BY MS. COLLAZO-ORTIZ:

16   Q    Can you -- do you recognize the messages in that page?

17   A    Yes.

18   Q    How do you recognize them?

19   A    Those are my messages with Felix.

20   Q    Okay.  Can you read the four messages in blue, at the top,

21   and the other one?

22                 THE INTERPRETER:  The interpreter needs to interpret.

23                 THE WITNESS:  "You're ridiculous.  You lose what you

24   can't buy.  I've had enough of your lies.  And she's not going

25   to give up, but I am."

1    BY MS. COLLAZO-ORTIZ:

2    Q    Okay.  The next two?

3    A    "She achieved her goal.  She has you all to herself.  Now

4    enjoy your lives and go on all your trips without having to

5    hide anything."

6    Q    And who were you talking about?

7    A    Keishla.

8    Q    What do you mean "enjoy your life and go on all your

9    trips?"

10   A    Because they traveled.  They stayed at hotels.  They

11   socialized with the family.

12   Q    Okay.  And can you please read at the bottom of that page

13   Mr. Felix Verdejo's response to your messages?

14   A    "Of course not, Eliz.  My God.  I'd never be with her in

15   my life.  Eliz, does that idea seriously goes around inside

16   your head?"

17   Q    Turning to page 32.  Do you recognize those messages as

18   being between you and Felix?

19   A    Yes.

20   Q    Can you please read the messages in blue?

21   A    "If it hadn't passed through your head, you wouldn't be

22   sorry today.  I'm sorry, but I'm not going to be with you, and

23   much less, considering that half the world has seen your dick.

24   You're crazy."

25   Q    And what is his response?

 1    A     "Half the world.  You're crazy."

 2    Q     And what do you respond to that?

 3    A     "In conclusion, you chose.  Now don't fucking bother me

 4    anymore."

 5          MS. COLLAZO-ORTIZ:  Can we turn to page 36 of Exhibit

 6    55?

 7    BY MS. COLLAZO-ORTIZ:

 8    Q     Do you recognize the messages in that page as messages

 9    between you and Mr. Felix Verdejo?

10    A     Yes.

11    Q     Can you please read the message in green from Mr. Verdejo?

12    A     "Well, I've never experienced this before, but now I see

13    that I am he-man, the strong man."

14    Q     And then?

15    A     "That I am not."

16    Q     Okay.  Can you please read your response below that, in

17    blue?

18    A     "I am not the kind of woman that you're looking for, and

19    I'm not going to continue being somebody that I am not just to

20    please you, if at the end of the day, you're going to look

21    elsewhere for what I give you."

22          Should I read the next one?

23    Q     Yes.  Please read the next one.

24    A     "Likewise, you became the kind of man I don't want."

25    Q     Okay.  Turning to the next page, page 37.  Do you

1    recognize those messages as being between you and Mr. Felix

2    Verdejo?

3    A    Yes.

4    Q    Can you please read your two messages in blue, at the top?

5    A    "I just want us to get along and be good for Miranda.  She

6    loves you and loves being with you.  I don't want that to get

7    damaged or change because we are not a couple.  Let's be a good

8    team for Miranda."

9    Q    And in the next message, in green, what did he respond?

10    A    "Eliz, I read all this and still don't believe it.  It's

11    really hard for me to digest this.  I'm just looking for one

12    chance, and you won't regret it.  With all my soul, I ask you

13    from the bottom of my heart."

14    Q    And what do you respond to that?

15    A    "Those are the same words as always.  You're not a strong

16    man that resists temptations."

17    Q    Okay.  Turning to page 38.  Do you recognize those as

18    conversations between you and Mr. Verdejo?

19    A    Yes.

20    Q    Can you please read your three messages, in blue, at the

21    top?

22    A    "And every time she or anyone else comes up to you and

23    says, I want to talk to you, you'll agree, and that's not what

24    I'm looking for in a man.  You do not respect me, and you don't

25    make any of your whores respect me.  There are limits, and you

1    passed them a long time ago."

2    Q    And what did he respond?

3    A    "Eliz, I take it all back.  I am a man, and I am also the

4    man you are looking for because I am coming on differently,

5    with only one chance, Eliz.  I never saw myself in this

6    position, so I thought that I knew everything.  But I see that

7    I do not.  Therefore, if you give me the chance, you will be a

8    queen, as you have always been for me, but with more sense and

9    as you really deserve."

10    Q    And what was your response to that?

11    A    "No."

12        MS. COLLAZO-ORTIZ:  Okay.  If we can turn to page 41.

13    BY MS. COLLAZO-ORTIZ:

14    Q    Do you recognize those messages as messages between you

15    and Mr. Verdejo?

16    A    Yes.

17    Q    Can you please read what he said at the top, in green?

18    A    "Eliz, it's not going to be the same.  I promise.  If I

19    don't stick to my word, then I'll understand it will be the

20    last one because you won't have to give me another one.  I

21    promise."

22    Q    And what is your response in the next message?

23    A    "No.  Those are the same words as always.  You always

24    threatened to leave and that you are tired of me."

25    Q    And the next one?

1    A    "Why would you want to remain unhappy?"

2         MS. COLLAZO-ORTIZ:  And if we can turn to page 42?

3    BY MS. COLLAZO-ORTIZ:

4    Q    Do you recognize the messages in page 42 as messages

5    between you and Mr. Verdejo?

6    A    Yes.

7    Q    Can you please read at the top, in green, what he said?

8    A    "That was me just saying it, Eliz.  It's not the same to

9    say it than to see it, coming from the bottom of my heart."

10   Q    And the next message?

11   A    "Now I am living what that saying really means."

12   Q    Who sent those two messages that you just read?

13   A    Felix.

14   Q    And what is your response below that, in blue?

15   A    "I'm not going to wait to get sick or that you knock up

16   someone else to leave you.  That's enough, man."

17   Q    And why are you telling him that you're not going to wait

18   to get sick or for him to knock up someone else?

19   A    Because those were things that would mark my life

20   differently because I would have to deal with them for the rest

21   of my life.

22   Q    And when did you send this message?

23   A    On April 28th.

24   Q    Okay.  And turning to page 43, what did Mr. Verdejo

25   respond to that?

1    A    "Eliz, none of that will happen, my love.  I assure you

2    and affirm it from the bottom of my heart and soul.  I tell

3    you."

4              MS. COLLAZO-ORTIZ:  Can we turn to page 45?

5    BY MS. COLLAZO-ORTIZ:

6    Q    Do you recognize those messages as messages between you

7    and Mr. Verdejo?

8    A    Yes.

9    Q    Can you please read the message in green, at the top, from

10   Mr. Verdejo?

11   A    "Eliz, I know human beings never know until it's late, my

12   love, but I only ask you for one chance.  You're not going to

13   regret it.  I assure you, Eliz.  You know I've never been in

14   this position.  I never saw myself in it either."

15   Q    Turning to your response below that.  Can you please read

16   it?

17   A    "Because you thought you had me in the palm of your hand,

18   and it doesn't go like that.  I put up with a lot because I

19   wanted to have an ideal family, how it's supposed to and like I

20   had, but I can't take it anymore."

21   Q    And the next message?

22   A    "I'm everyone's clown.  No, man."

23   Q    What do you mean by that?

24   A    That he cheated on me with many women, and that everybody

25   knew about it except for me.  And they were making fun of me.

```
 1                    MS. COLLAZO-ORTIZ:  Okay.  If we can turn to page 48.
 2      BY MS. COLLAZO-ORTIZ:
 3      Q    Do you recognize those exchanges as messages between you
 4      and Mr. Felix Verdejo?
 5      A    Yes.
 6      Q    Can you please read the message from Mr. Verdejo at the
 7      top, in green?
 8      A    "Eliz, I don't want to do it with anybody, only with you.
 9      Please, love of my life."
10      Q    And what is your response?
11      A    "No, Felix."
12      Q    Okay.  And then what did he say in the next two messages
13      in blue -- I'm sorry -- in green?
14      A    "This is so tough for me, but it's been worse for you all
15      these years.  I know."
16      Q    And the next one?
17      A    "I'm out of control for real."
18      Q    And when did he send that message?
19      A    On April 28th.
20      Q    And turning to page 53.
21           Actually, I'm sorry.  Strike that.
22                    MS. COLLAZO-ORTIZ:  Can we go to page 54?
23      BY MS. COLLAZO-ORTIZ:
24      Q    Do you recognize those messages?
25      A    Yes.
```

```
 1   Q    And what were you discussing in those messages?

 2   A    I don't know.

 3             MS. COLLAZO-ORTIZ:  Okay.  Can we turn to page 56,

 4   please?

 5   BY MS. COLLAZO-ORTIZ:

 6   Q    Do you recognize those messages as messages between you

 7   and Mr. Verdejo?

 8   A    Yes.

 9   Q    Okay.  Can you -- turning to the second blue -- I'm sorry

10   -- to the second green message, can you read that?

11   A    "Damn, you really don't want to talk to me."

12   Q    And the next one?

13   A    "For what?"

14   Q    And at the top of page 56, what is the next message?

15   A    "We don't have anything to talk about."

16   Q    Okay.  Turning to page 59, do you recognize those

17   messages?

18   A    Yes.

19   Q    Can you please read the second message in green?

20   A    "Look at what I found in the SUV, crazy."

21   Q    Who sent that message?

22   A    Felix.

23   Q    When did he send that message?

24   A    On the 29th.

25   Q    At what time?
```

1    A    At 10:46 in the morning.

2    Q    Turning to page 60, do you recognize the message that he

3    sent you next?

4    A    Yes.

5    Q    What is it?

6    A    One of Miranda's toothbrush.

7    Q    Okay.  And after he sent you that picture, what is your

8    response below, in blue?

9    A    "Throw it out."

10   Q    Okay.  Turning to page 61, do you recognize the image and

11   the message at page 61?

12   A    Yes.

13   Q    And how do you recognize it?

14   A    Because that's my conversation with Felix.

15   Q    And what were you talking about then?

16   A    He sent me a picture of that girl that was also missing

17   that day.

18   Q    And what was the context for him sending you that?

19   A    Since Keishla was missing, I assumed that he sent me that

20   so that I would see that she was not the only one.

21           MR. GONZALEZ-DELGADO:  Objection as to speculation,

22   Your Honor.

23           THE COURT:  Sustained.

24   BY MS. COLLAZO-ORTIZ:

25   Q    Okay.  Prior to him sending you that image, what

```
 1    conversation had you had with Mr. Verdejo?

 2    A    Early?

 3    Q    Yes.  On April 29th, before 3:00 p.m., do you have any

 4    conversations with Mr. Verdejo?

 5    A    Yes, at around 11:30, 11:00, 12:00, around that time.

 6    Q    And what did he tell you in that conversation?

 7    A    He called me, and he asked me if we could talk.  And I

 8    said yes.  And he told me that Keila and her sister, Tita, were

 9    calling him telling him that Marlen was missing and that,

10    supposedly, she was pregnant.

11    Q    And how do you respond to that?

12    A    I told him that I was working; that when I finished with

13    the client, I would return his call.

14    Q    And did you return the call?

15    A    Yes.

16    Q    What happened when you returned the call?

17    A    I -- when I returned his call, I asked him what, what did

18    he mean by when he said that Marlen was missing.  And he said

19    that indeed that "his" mother and "his" sister were calling him

20    to tell him that she was missing and that she was pregnant.

21    Q    And what do you respond to that?

22    A    I told him that I did not believe absolutely anything;

23    that I was going to call to inquire.

24    Q    I'm sorry.  You were going to call what?

25    A    That I was going to call Bereliz.
```

```
 1                THE INTERPRETER:  Correction.
 2     BY MS. COLLAZO-ORTIZ:
 3     Q    What happened -- I'm sorry.  Strike that.
 4              Why did you tell him that you didn't believe him, and
 5     that you were going to call Bereliz?
 6     A    Because he always told me lies.
 7     Q    And why, why did you decide to call Bereliz?
 8     A    Because she was the only person in her family that I had
 9     communication with, and she was the only person who would clear
10     for me what was happening.
11     Q    And would you describe your relationship before then with
12     Bereliz?
13     A    We did not have any relation.
14     Q    How do you know Ms. Bereliz?
15     A    We lived in the same public housing project.
16     Q    And when you lived in the same housing project, how was
17     your relationship at that time?
18     A    With Bereliz?
19     Q    Yes.
20     A    She was my best friend in childhood.
21     Q    And what happened when you called Bereliz?
22     A    I called Bereliz, and I asked her, I said:  How is it that
23     Marlen is missing; what happened?  And she said, Girl, she
24     doesn't turn up; she's not like that; she did not arrive at
25     work; she's not communicating with me or with my mom; she
```

1    didn't go to work, and that's not usual in her.

2    Q    And what do you do after that?

3    A    I didn't do anything else.  After that, I believe I went

4    to eat something, and then I went to my house.

5    Q    Okay.  Before we continue, I forgot to ask you something

6    in terms of --

7                MS. COLLAZO-ORTIZ:  If we could have Exhibit 55 again

8    at page 60.

9    BY MS. COLLAZO-ORTIZ:

10   Q    You mentioned what you previously described as Miranda's

11   toothbrush.  Do you recognize the background?

12   A    Yes.

13   Q    What is it?

14   A    It's Felix's car's seat.

15   Q    Okay.  And so --

16               THE COURT:  Wait.  Sidebar.

17       (Sidebar conference commenced.)

18               THE COURT:  How much longer do you have with this

19   witness?

20               MS. COLLAZO-ORTIZ:  I estimate about 20, 30 minutes,

21   Your Honor.

22               THE COURT:  Yeah, 45.  Okay.  I'm debating whether I

23   should release the jury for the day.

24               MS. COLLAZO-ORTIZ:  I mean, obviously, she's not

25   going to conclude her testimony today, so whatever you think is

1    best, Your Honor.

2              THE COURT:  Okay.  I'm going to release the jury for

3    the day, and we'll reconvene tomorrow at 9:00 a.m.

4              MR. GONZALEZ-DELGADO:  Yes, Your Honor.

5              MS. CINTRON-COLON:  Your Honor, before we reschedule

6    this, just quickly, for the record, we do have the certified

7    translation of the autopsy report that we had moved to move as

8    Defendant's Exhibit A1.  We provided a copy to the prosecutors.

9    I have a copy for the Court.

10             They said that they wanted to review it.  However, we

11   need to comply with the Court's order and move to admit it as

12   evidence.  And I think we can do that after the jury leaves or

13   before, however the Court decides, but we need to comply with

14   it.

15             THE COURT:  Okay.  We can touch base on that as soon

16   as I release the jury.

17             MS. CINTRON-COLON:  Sure, Judge.  No problem.

18        (Sidebar conference concluded.)

19             THE COURT:  Ladies and gentlemen, it's a little after

20   5:00, so I believe this is a good point to adjourn.  Before we

21   adjourn, remember, do not talk about or communicate with

22   anybody about your impressions of the case or the evidence in

23   the case.  Do not view, read or hear reports, comments or

24   articles about the case.  Do not conduct any research about the

25   case, the matters in the case or the individuals involved in

1    the case.

2              Keep an open mind until after you have heard and seen

3    all evidence and heard my instructions and you've gone to the

4    jury room to deliberate and all of you have discussed all

5    evidence amongst yourselves.  That's how a verdict is reached.

6              Thank you for having been here on time, for your

7    patience, for paying close attention to what we are doing in

8    the courtroom.  I look forward to seeing you all tomorrow at

9    9:00 a.m.

10       (Whereupon the following proceedings were had in open court

11          without the presence of the jury.)

12              THE COURT:  Ms. Santiago, we are adjourning for the

13   day.  You will return to the courtroom tomorrow to go on with

14   your testimony.  In the meantime, please do not talk about your

15   testimony with anybody.  Do not talk about your impressions of

16   the case or the evidence of the case.  Do not review materials

17   related to this case.  Do not post messages on social media

18   about this case.

19              Do you understand?

20              THE WITNESS:  Yes.

21              THE COURT:  All right.  With this, the Court adjourns

22   until tomorrow at 9:00 a.m.

23              MS. COLLAZO-ORTIZ:  Your Honor, are we going to talk

24   about translations?

25              THE COURT:  That's sidebar.  Otherwise, the Court

1    adjourns until tomorrow at 9:00 a.m.

2            The public is free to go.

3        (Sidebar conference commenced.)

4            THE COURT:  So what's the drill?

5            MR. GOTTFRIED:  We just have some minor corrections:

6    "body" being spelled B-O-D-I-E; "tattoo" being misspelled.

7    There is one word missing.  "Transparent" wasn't translated for

8    one of the things.  So if we could just make those corrections

9    like we did yesterday.

10           With respect to that, we did submit this morning to

11   the Court the stipulated translation by the parties that was

12   agreed upon yesterday, to replace the one that had been

13   submitted yesterday.  So that's done.  With respect to this, we

14   can maybe do something similar.

15           THE COURT:  Sure.  Okay.

16           MS. CINTRON-COLON:  So we can --

17           THE COURT:  Is there anything I must do?

18           MS. CINTRON-COLON:  No.  We just, because yesterday

19   Your Honor had said that we had until today to submit the

20   translation for the amended medical forensic report, so we just

21   wanted to present this to the Court to comply with the order.

22           THE COURT:  Noted.

23           MS. CINTRON-COLON:  That's it.  Thank you.

24           MR. GOTTFRIED:  And tomorrow's a full day?

25           THE COURT:  Yes, sir.  I have no meetings.

1         MR. GOTTFRIED:  All right.  Sounds good.

2         MS. CINTRON-COLON:  Something else?

3         MR. GOTTFRIED:  No.

4         THE COURT:  So tomorrow is a full day.  Monday we're

5    off; Tuesday we're off; and we'll return on Wednesday.

6         MR. GOTTFRIED:  Okay.  Wednesday through Friday.

7         MR. GONZALEZ-DELGADO:  I think Ms. Otero wants to say

8    something.

9         MR. GOTTFRIED:  Your Honor, we'll follow-up to ensure

10   that the stipulated translation gets to the Court.

11        THE COURT:  Okay.  Thank you.

12        MS. CINTRON-COLON:  Thank you.

13        MR. GONZALEZ-DELGADO:  Thank you, Your Honor.

14        THE COURT:  Thank you all.

15        (Sidebar conference concluded.)

16        (Court adjourned at 5:12 p.m.)

17                          -oOo-

18

19

20

21

22

23

24

25

```
1    UNITED STATES DISTRICT COURT )
                                 )  ss.
2    DISTRICT OF PUERTO RICO     )

3

4                       REPORTER'S CERTIFICATE

5

6          I, CINDY LEE BROWN, RPR, Federal Official Court

7    Reporter for the United States District Court for the District

8    of Puerto Rico, appointed pursuant to the provisions of Title

9    28, United States Code, Section 753, do hereby certify that the

10   foregoing is a true and correct computer-aided transcript of

11   proceedings had in the within-entitled and numbered cause on

12   the date herein set forth; and I do further certify that the

13   foregoing transcript has been prepared by me or under my

14   direction.

15

16          Dated this 2nd day of July, 2023.

17

18

19                            /s/ Cindy Lee Brown

20                            _____
                              CINDY LEE BROWN, RPR, Federal
                              Official Court Reporter
21                            150 Carlos Chardon, Room 150
                              San Juan, PR  00918
22                            (787) 772-3478

23

24

25
```